UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x
EUGENIA VI VENTURE HOLDINGS LTD.,      :
                                       :
            Plaintiff,                 :    07 Civ. _____
                                       :
    -against-                          :
                                       :
MAPLEWOOD EQUITY PARTNERS, LP,         :
                                       :
            Defendant.                 :
- - - - - - - - - - - - - - - - - - - x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Local Rules for the United States District Court for the Southern District of New York, the undersigned counsel for plaintiff Eugenia VI Venture Holdings, Ltd. certifies that plaintiff has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated:  October 19, 2007          Respectfully submitted,
        New York, New York

                                  By: _____
                                        Mitchell A. Karlan (MK-4413)

                                  GIBSON, DUNN & CRUTCHER LLP
                                  200 Park Avenue
                                  47th Floor
                                  New York, New York 10166-0193
                                  Telephone: (212) 351-4000
                                  Facsimile: (212) 351-4035

                                  *Attorneys for Plaintiff*
                                  *Eugenia VI Venture Holdings, Ltd.*