✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

EUGENIA VI VENTURE HOLDINGS LTD.

**SUMMONS IN A CIVIL ACTION**

V.

MAPLEWOOD EQUITY PARTNERS, LP

CASE NUMBER: 07-CIV 9417

TO: (Name and address of Defendant)

MAPLEWOOD EQUITY PARTNERS, LP
C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DELAWARE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MITCHELL A. KARLAN
GIBSON, DUNN & CRUTCHER LLP
200 PARK AVENUE, 47TH FLOOR
NEW YORK, NEW YORK 10166

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

OCT 1 9 2007

**J. MICHAEL McMAHON**

| CLERK | DATE |
|---|---|

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/23/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| CAILEY M SHEA | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): PERSONALLY SERVED MAPLEWOOD EQUITY PARTNERS, LP BY SERVING ITS REGISTERED AGENT, THE CORPORATION SERVICE CO, AT 2711 CENTERVILLE RD, WILM DE 19808 AT 1:03 PM PERSON ACCEPTING: MARY DRUMMOND

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/23/07
_____
Date

_____
Signature of Server

230 N MARKET ST, WILM DE 19801
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.