# STEVENS & LEE
## LAWYERS & CONSULTANTS

485 Madison Avenue
20th Floor
New York, NY 10022
(212) 319-8500  Fax (212) 319-8505
www.stevenslee.com

Direct Dial:   (212) 537-0409
Email:   cp@stevenslee.com
Direct Fax:   (610) 371-1237

November 8, 2007

**VIA HAND DELIVERY**
The Honorable Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, New York  10007-1312

      Re:   Eugenia VI Venture Holdings Ltd. v. MapleWood Equity Partners, LP
              Index No. 07-CIV-9417

Dear Judge Batts:

    We write on behalf of our client, defendant MapleWood Equity Partners, LP, in the above-referenced matter.

    Pursuant to Your Honor's Individual Practices, defendant requests a two-week extension of time to respond to the Complaint. The Complaint was filed on October 19, 2007, and the Summons and Complaint were served on defendant's registered agent on October 23, 2007. Thus, defendant's time to answer or otherwise respond to the Complaint is November 13, 2007 (November 12 being a court holiday). Defendant asks that it be given until November 27 to interpose its response, which will consist of a motion to disqualify plaintiff's counsel and a motion to dismiss the Complaint for lack of subject matter jurisdiction.

    My office contacted plaintiff's counsel on November 5, 2007 and left a message asking for plaintiff's consent to an extension of time. We did not receive a response to our initial request.

    Today I contacted plaintiff's counsel again asking for an extension of time to respond. Plaintiff's counsel asked whether defendant would be making a disqualification motion, to which I responded in the affirmative. Plaintiff's counsel then refused to consent to an extension.

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster • Scranton
Williamsport • Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington

A PROFESSIONAL CORPORATION

SL1 764188v1/070021.00007

MEMO ENDORSED

# STEVENS & LEE
LAWYERS & CONSULTANTS

The Honorable Deborah A. Batts
November 8, 2007
Page 2

    This is defendant's first request for an extension in this matter. As such, defendant respectfully requests Your Honor grant defendant until November 27, 2007 to interpose its response to the Complaint.



granted
DAB
11/8/07

    Respectfully submitted,

    STEVENS & LEE

    Constantine Pourakis

CP:mot
cc: Mitchell Karlan, Esq. (counsel for Plaintiff)
    Chester B. Salomon, Esq. (counsel for Defendant)
    Brian P. Miller, Esq. (counsel for Defendant)

**SO ORDERED**

*Deborah A. Batts* 11/8/07
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

SL1 764188v1/070021.00007