```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EUGENIA VI VENTURE HOLDINGS, LTD.,                                 :
                                                                   :
                              Plaintiff,                           :
                                                                   :    07 CIV 9417
          - against –                                              :    (Batts, J.)
                                                                   :    (Eaton, M.J.)
MAPLEWOOD EQUITY PARTNERS, L.P.,                                   :
                                                                   :
                              Defendant.                           :
------------------------------------------------------------------ x
```

## DEFENDANT'S MOTION TO DISQUALIFY GIBSON, DUNN & CRUTCHER LLP, DENNIS FRIEDMAN, DAVID WILF, SCOTT KISLIN, AND HYEON LEE

Defendant MapleWood Equity Partners, L.P. ("MapleWood Equity") respectfully moves to disqualify Gibson, Dunn & Crutcher LLP and Dennis Friedman, David Wilf, Scott Kislin, and Hyeon Lee from representing plaintiff Eugenia VI Venture Holdings, Ltd. ("Eugenia") in this action, for the reasons outlined in the accompanying Memorandum of Law in Support of Defendant's Motion to Disqualify Gibson, Dunn & Crutcher LLP and Dennis Friedman, David Wilf, Scott Kislin, and Hyeon Lee.

**PLEASE TAKE FURTHER NOTICE,** that opposition to this motion shall be made in writing, filed and served in accordance with Local Civil Rules 5.2, 5.3 and 6.1 (with a hard copy delivered to the Chambers of Judge Batts), and be served upon (i) Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, New York 10022, Attn: Chester B. Salomon, Esq.; and (ii) Akerman Senterfitt, One Southeast Third Avenue, 28th Floor, Miami, Florida 33131, Attn: Brian P. Miller, Esq., so as to be received on or before December 11, 2007.

{M2623668;1}

Dated:  New York, New York
        November 27, 2007

                                        **STEVENS & LEE, P.C.**
                                        Attorneys for Defendant

                                        By: _____
                                           Chester B. Salomon (CS-2319)
                                           Constantine D. Pourakis (CP-0730)
                                           485 Madison Avenue, 20th Floor
                                           New York, New York 10022-5803
                                           Telephone: (212) 319-8500
                                           Facsimile:  (212) 319-8505

                                        -and-

                                        **AKERMAN SENTERFITT**
                                        Attorneys for Defendant
                                        One Southeast Third Avenue, 25th Floor
                                        Miami, Florida 33131-1714
                                        Telephone: (305) 374-5600
                                        Facsimile:  (305) 374-5095
                                        Attn:  Brian P. Miller, Esq.
                                        (*pro hac vice* admission pending)

TO:    Gibson Dunn & Crutcher LLP
         200 Park Avenue
         New York, NY 10166-0193
         Attn:  Mitchell A. Karlan, Esq.