# EXHIBIT N

## PRIVILEGE LOG FOR EUGENIA FEDERAL ACTIONS

### January 30, 2006

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 1. | 8/19/05 | Email | Updated Spreadsheet | Hyeon Lee | Joseph Furst | | Attorney/ Client Communication |
| 2. | 8/19/05 | Email | AMC Bankruptcy | Hyeon Lee | Joseph Furst | | Attorney/ Client Communication |
| 3. | 8/19/05 | Email | Chabra litigation | Hyeon Lee | Joseph Furst | | Attorney/ Client Communication |
| 4. | 7/28/05 | Email | Affidavit | Hyeon Lee | Richard Falek | | Attorney/ Client Communication |
| 5. | 7/26/05 | Email | Comments on Affidavit | Hyeon Lee | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 6. | 7/26/05 | Email | Affidavit | Hyeon Lee | Richard Falek | | Attorney/ Client Communication |
| 7. | 7/26/05 | Email | Please Change Based on Red Comment Re Affidavit | Hyeon Lee | Karina Siegel | | Attorney/ Client Communication |
| 8. | 7/26/05 | Email | Comments on Affidavit | Hyeon Lee | Richard Falek | Mitchell Karlan, Janet Weiss, Joseph Furst | Attorney/ Client Communication |
| 9. | 7/25/05 | Email | Draft Affidavit | Hyeon Lee | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 10. | 8/19/05 | Email | "None" | Hyeon Lee | Joseph Furst | | Attorney/ Client Communication |

# PRIVILEGE LOG FOR EUGENIA FEDERAL ACTIONS

January 30, 2006

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 1. | 8/19/05 | Email | Updated Spreadsheet | Hyeon Lee | Joseph Furst | | Attorney/Client Communication |
| 2. | 8/19/05 | Email | AMC Bankruptcy | Hyeon Lee | Joseph Furst | | Attorney/Client Communication |
| 3. | 8/19/05 | Email | Chabra litigation | Hyeon Lee | Joseph Furst | | Attorney/Client Communication |
| 4. | 7/28/05 | Email | Affidavit | Hyeon Lee | Richard Falek | | Attorney/Client Communication |
| 5. | 7/26/05 | Email | Comments on Affidavit | Hyeon Lee | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 6. | 7/26/05 | Email | Affidavit | Hyeon Lee | Richard Falek | | Attorney/Client Communication |
| 7. | 7/26/05 | Email | Please Change Based on Red Comment Re Affidavit | Hyeon Lee | Karina Siegel | | Attorney/Client Communication |
| 8. | 7/26/05 | Email | Comments on Affidavit | Hyeon Lee | Richard Falek | Mitchell Karlan, Janet Weiss, Joseph Furst | Attorney/Client Communication |
| 9. | 7/25/05 | Email | Draft Affidavit | Hyeon Lee | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 10. | 8/19/05 | Email | "None" | Hyeon Lee | Joseph Furst | | Attorney/Client Communication |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 11. | 9/19/02 | Email | Maplewood: AMC Ref: Conflict Letter | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 12. | 9/16/02 | Email | AMC | Kimberly Wetzel on behalf of Peter Dopsch | Ekkehart Hassels-Weiler | David Alexander, Peter Dopsch | Attorney/ Client Communication |
| 13. | 5/5/05 | Email | Notice | Ross Hallock | Mitchell Karlan, David Alexander, Janet Vance | | Attorney/ Client Communication |
| 14. | 5/11/05 | Facsimile | Stevens & Lee Ltr. re AMC Computer Corp. | Mitchell Karlan | David Alexander, Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 15. | 5/10/05 | Facsimile | Stevens & Lee Ltr. re AMC Computer Corp. | Mitchell Karlan | David Alexander, Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 16. | 5/9/05 | Facsimile | Draft Engagement Letter re: AMC Corporation – Investigation into Potential Accounting Irregularities. | KPMG | Mitchell Karlan | | Work Product |
| 17. | 7/18/03 | Email | AMC Amendment | Ekkehart Hassels-Weiler | David Alexander | Ashley Gregory | Attorney/ Client Communication |

2

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 18. | | Handwritten Notes | AMC | | | | Work Product |
| 19. | 8/16/05 | Email | Updated Spreadsheet with Attachments | Theron Taggart | Debra Ross | Theron Taggart | Work Product |
| 20. | | Handwritten Notes | | | | | Work Product |
| 21. | 1/29/03 | Facsimile | Form of Questionnaire | David Alexander | Ashley Gregory | | Attorney/ Client Communication |
| 22. | 1/29/03 | Document | AMC Computer Corp. – Confidential Purchaser Questionnaire from Organizations | | | | Attorney/ Client Communication |
| 23. | 1/30/03 | Email | Gibson Dunn Wire Transfer Instructions | Ashley Gregory | Marlene Markard | David Alexander | Attorney/ Client Communication |
| 24. | 1/28/03 | Email | EBITA Covenant | Ashley Gregory | David Alexander | Janet Vance | Attorney/ Client Communication |
| 25. | 1/28/03 | Email | AMC Closing | Ashley Gregory | Ekkehart Hassels-Weiler | Janet Vance | Attorney/ Client Communication |

3

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 26. | 10/3/02 | Morrison & Foerster Letter with Attachments | First Amendment to Loan and Security Agreement by and between AMC Computer Corp., as borrower, and Eugenia VI Venture holdings, Ltd., as lender. | Alexis Coppedge | David Alexander | | Attorney/ Client Communication |
| 27. | 1/20/03 | Letter | Draft Schedule to AMC Credit Agreement; AMC Consolidated Financial Statements for Fiscal 1999 and 2001 | Ashley Gregory | David Alexander | | Attorney/ Client Communication |
| 28. | | Document | AMC Requests for Eugenia Credit Agreement. | | | | Work Product |
| 29. | 1/21/03 | Email | AMC Preferred | Ashley Gregory | David Alexander, Ekkehart Hassels-Weiler | David Wilf, Janet Vance | Attorney/ Client Communication |
| 30. | 1/15/03 | Email | AMC Financials | Ekkehart Hassels-Weiler | Ashley Gregory | David Alexander | Attorney/ Client Communication |

4

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|--------------|-------------|--------|--------------|------------------|-------------------|
| 31. | 1/14/03 | Email | AMC Financials | Ekkehart Hassels-Weiler | Ashley Gregory | Janet Vance, David Alexander | Attorney/ Client Communication |
| 32. | 1/14/03 | Email | AMC Financials | Ashley Gregory | David Alexander, Ekkehart Hassels-Weiler | Janet Vance | Attorney/ Client Communication |
| 33. | 5/8/01 | Email | AMC Loan Transaction Documents | Kimberly Wetzel on behalf of Peter Dopsch | David Alexander | Eric Stabler, Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 34. | 4/13/01 | Email | AMC Document Request | Kimberly Wetzel on behalf of Peter Dopsch | David Alexander | Eric Stabler, Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 35. | 6/12/01 | Document | Draft Intercreditor Agreement | | | | Work Product |
| 36. | 4/11/01 | Email | AMC | Kimberly Wetzel on behalf of Peter Dopsch | David Alexander | Eric Stabler | Attorney/ Client Communication |
| 37. | 5/8/01 | Email | AMC – Draft Loan Documents | Kimberly Wetzel on behalf of Peter Dopsch | David Alexander | Ekkehart Hassels-Weiler | Attorney/ Client Communication |

5

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 38. | 4/17/01 | Email | AMC Draft Release | Mark Mood | David Alexander | Ekkehart Hassels-Weiler, Eric Stabler, Peter Dopsch | Attorney/ Client Communication |
| 39. | 4/18/01 | GD&C Letter | AMC Loan Documents | Erin Mullen | David Alexander | | Attorney/ Client Communication |
| 40. | 5/8/01 | Morrison & Foerster Letter | Engagement Letter | Peter Dopsch | David Alexander, Edward Smith | | Attorney/ Client Communication |
| 41. | 5/16/01 | Facsimile | Morrison & Foerster Engagement Letter | David Alexander | Edward Smith | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 42. | 5/10/01 | Word Document | Draft Loan and Security Agreement by and between AMC Computer Corp, as borrower, and Eugenia VI Venture Holdings, Ltd., as lender. | | | | Work Product |
| 43. | 6/26/01 | Facsimile | Signed Waiver Letter | Edward Smith | David Alexander | | Reflecting Advice of Counsel |
| 44. | 6/26/01 | Facsimile | Signed Waiver Letter | Edward Smith | David Alexander | | Reflecting Advice of Counsel |
| 45. | 6/6/05 | Email | AMC Loan Spreadsheet | Tim Rogers | Stephen Bell | David Alexander, Ekkehart Hassels-Weiler | Work Product |

6

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 46. | 6/6/05 | Email | AMC Loan Spreadsheet | Stephen Bell | Tim Rogers, Thomas Keegan, Theron Taggart, Douglas Brickley | David Alexander, Ekkehart Hassels-Weiler | Work Product |
| 47. | 5/6/05 | Email | Borrowing Certificate #225 | David Alexander | Janet Vance, Janet Weiss, Ross Hallock, Mitchell Karlan | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 48. | | Financial Documents | Draft AMC Revenue / Covenant Summary from 2003 budget; AMC Ownership Structure for Proposed Casita Loan | | | | Work Product |
| 49. | | Financial Documents | Draft AMC Skills and Competencies Matrix | | | | Work Product |
| 50. | | Financial Documents | Draft Interest on Amounts Outstanding re: Credit Agreement with AMC | | | | Work Product |
| 51. | 6/20/05 | Email | KPMG Reports | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss | Attorney/ Client Communication |
| 52. | 7/6/05 | Email | Updating AMC Spreadsheets | Debra Ross | Theron Taggart | Tim Rogers | Work Product |

7

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 53. | 6/22/05 | Email | Updated AMC Spreadsheets | Debra Ross | Theron Taggart | | Work Product |
| 54. | 6/15/05 | Email | Updated AMC Spreadsheets | Debra Ross | Theron Taggart | Tim Rogers, Mitchell Karlan, Stephen Bell | Work Product |
| 55. | 6/24/05 | Email | Updated AMC Spreadsheets | Debra Ross | Theron Taggart | | Work Product |
| 56. | 6/24/05 | Email | Updated AMC Spreadsheets | Debra Ross | Theron Taggart | | Work Product |
| 57. | 6/30/05 | Email | Updated AMC Spreadsheets | Debra Ross | Theron Taggart | | Work Product |
| 58. | 6/6/05 | Email | AMC Loan Spreadsheet | Stephen Bell | Tim Rogers, Thomas Keegan, Theron Taggart, Douglas Brickley | | Work Product |
| 59. | 6/10/05 | Email | AMC Status Update | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 60. | 3/22/04 | Email | AMC Update | Ashley Gregory | David Alexander, Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 61. | 1/25/03 | Email | AMC Update | Ashley Gregory | David Alexander, Ekkehart Hassels-Weiler | Janet Vance, Jonathan Fingeret | Attorney/ Client Communication |

8

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 62. | 6/19/05 | Email | AMC Possible Maplewood Litigation | Ekkehart Hassels-Weiler | David Alexander, Tim Rogers | | Reflecting Advice of Counsel |
| 63. | 1/23/03 | Email | GE Commitment Fee Calculation | Ashley Gregory | David Alexander | | Attorney/ Client Communication |
| 64. | 5/23/05 | Email | Availability for AMC Mtg. | Joseph Furst | David Alexander, Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan, Barbara Becker, Dennis Friedman, Stephen Bell, Douglas Brickley | Attorney/ Client Communication |
| 65. | 5/13/05 | Email | Proposal of Sonny's Investor for AMC | Janet Weiss | Ekkehart Hassels-Weiler, David Alexander, Mitchell Karlan, Stephen Bell | Joseph Furst, Dennis Friedman | Attorney/ Client Communication |
| 66. | 3/28/02 | Email | Closing Eugenia AMC 1st Amend. | Alexis Coppedge | David Alexander, Ekkehart Hassels-Weiler | | Attorney/ Client Communication |

9

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 67. | 5/26/05 | Email | Communication w/ AMC customers | Ross Hallock | Mitchell Karlan, Joseph Furst, Janet Vance, Janet Weiss, Barbara Becker, Dennis Friedman, David Alexander, Ekkehart Hassels-Weiler, Stephen Bell, Oliver Olanoff | ' | Attorney/ Client Communication |
| 68. | 5/6/05 | Email | KPMG Contact Info | Janet Weiss | David Alexander, Janet Vance, Mitchell Karlan | | Attorney/ Client Communication |
| 69. | 6/30/03 | Email | Contact Info | Ashley Gregory | David Alexander, Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 70. | 5/24/05 | Email | Copy of Chabra v. AMC Computer | Joseph Furst | Ekkehart Hassels-Weiler, David Alexander, Dennis Friedman, Mitchell Karlan, Janet Weiss, Barbara Becker, Stephen Bell, Douglas Brickley | | Attorney/ Client Communication |
| 71. | 5/10/05 | Email | KPMG Retention Letter | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |

10

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 72. | 5/10/05 | facsimile | KPMG Retention Letter | Janet Weiss | Ekkehart Hassels-Weiler | ' | Attorney/ Client Communication |
| 73. | 5/23/05 | Email | Conference Call | Joseph Furst | Ekkehart Hassels-Weiler, Mitchell Karlan, Janet Weiss, Barbara Becker | David Alexander, Dennis Friedman, Stephen Bell, Douglas Brickley | Attorney/ Client Communication |
| 74. | 5/23/05 | Email | Draft Response to AMC's Final Offer | Joseph Furst | Ekkehart Hassels-Weiler, Mitchell Karlan, Janet Weiss, Barbara Becker | David Alexander, Dennis Friedman | Attorney/ Client Communication |
| 75. | 5/5/05 | Email | Draft Notice Letter | Ross Hallock | Mitchell Karlan, Janet Vance | Janet Weiss, Dennis Friedman | Attorney/ Client Communication |
| 76. | 5/7/05 | Email | DUNS Number Website | Stephen Bell | David Alexander | | Work Product |
| 77. | 5/11/05 | Email | AMC Documents | Joseph Furst | David Alexander | Janet Weiss, Mitchell Karlan | Attorney/ Client Communication |
| 78. | 5/11/05 | Email | Stevens & Lee Letter AMC | Maria Santa | Ekkehart Hassels-Weiler, David Alexander | Janet Weiss, Mitchell Karlan, Dennis Friedman | Attorney/ Client Communication |

11

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 79. | 5/13/05 | Email | AMC Letter to BoA | Janet Weiss | Stephen Bell, Ekkehart Hassels-Weiler, David Alexander, Mitchell Karlan, Stephen Bell, Joseph Furst | | Attorney/ Client Communication |
| 80. | 10/11/01 | Email | AMC Loan | Kimberly Wetzel on behalf of Peter Dopsch | David Alexander | Peter Dopsch | Attorney/ Client Communication |
| 81. | 1/28/03 | Email | Eugenia Address | Ashley Gregory | David Alexander | | Attorney/ Client Communication |
| 82. | 3/18/02 | Email | Eugenia First Amend. | Alexis Coppedge | David Alexander | Peter Dopsch, Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 83. | 1/28/03 | Email | AMC Signature Pages | Farina Rabbi | Ben LeSueur | Ashley Gregory, David Alexander | Attorney/ Client Communication |
| 84. | 9/18/02 | Email | Eugenia/AMC | Kimberly Wetzel on behalf of Peter Dopsch | Ekkehart Hassels-Weiler | David Alexander | Attorney/ Client Communication |
| 85. | 1/23/03 | Email | Eugenia Collection Account | Ashley Gregory | David Alexander | | Attorney/ Client Communication |

12

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 86. | 3/19/02 | Email | Eugenia Draft Documents | Alexis Coppedge | I. Oppolof | Peter Dopsch, David Alexander, Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 87. | 5/5/05 | Email | Sonny | Janet Vance | Mitchell Karlan | Ross Hallock, Janet Weiss, David Alexander | Attorney/Client Communication |
| 88. | 3/21/02 | Email | Vacation | Kimberly Wetzel on behalf of Peter Dopsch | David Alexander, Ekkehart Hassels-Weiler | Eric Stabler, Peter Dopsch, Alexis Coppedge | Attorney/Client Communication |
| 89. | 6/20/05 | Email | AMC Settlement Offers | Ekkehart Hassels-Weiler | Janet Weiss | Dennis Friedman, David Alexander, Mitchell Karlan | Attorney/Client Communication |
| 90. | 12/24/03 | Email | 2003 Investor Rpt. | Ekkehart Hassels-Weiler | Dennis Friedman | David Alexander | Attorney/Client Communication |
| 91. | 6/21/03 | Email | AMC Settlement Offers | Dennis Friedman | Janet Weiss, Ekkehart Hassels-Weiler | Mitchell Karlan, David Alexander | Attorney/Client Communication |
| 92. | 6/20/05 | Email | AMC Settlement Offers | Mitchell Karlan | Janet Weiss, Ekkehart Hassels-Weiler | Mitchell Karlan, David Alexander | Attorney/Client Communication |
| 93. | 6/21/05 | Email | AMC Settlement Offers | Janet Weiss | Dennis Friedman, Ekkehart Hassels-Weiler | Mitchell Karlan, David Alexander | Attorney/Client Communication |

13

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 94. | 12/4/01 | Email | Withholding Tax Issue | Ekkehart Hassels-Weiler | James Elliot, David Alexander | * | Reflecting Advice of Counsel |
| 95. | 5/19/05 | Email | Draft AMC Letter of Intent | Joseph Furst | Ekkehart Hassels-Weiler | David Alexander, Janet Weiss, Barbara Becker, Mitchell Karlan | Attorney/Client Communication |
| 96. | 5/6/05 | Email | AMC Revised Notice of Default | Ross Hallock | Janet Vance, Janet Weiss, David Alexander, Mitchell Karlan | | Attorney/Client Communication |
| 97. | 6/29/03 | Email | Second Lien Intercreditor Agmt. | Ashley Gregory | David Alexander, Ekkehart Hassels-Weiler | Janet Vance | Attorney/Client Communication |
| 98. | 5/16/05 | Email | Retainer for Services | Stephen Bell | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan, David Alexander | Work Product |
| 99. | 1/15/03 | Email | Revised AMC Credit Agmt. | Ashley Gregory | David Alexander, Ekkehart Hassels-Weiler | Janet Vance | Attorney/Client Communication |
| 100. | 1/27/03 | Email | Series D Preferred | Ashley Gregory | Ekkehart Hassels-Weiler | David Wilf, Jonathan Fingeret, David Alexander | Attorney/Client Communication |
| 101. | 6/25/03 | Email | Status Report | Ashley Gregory | David Alexander | Janet Vance | Attorney/Client Communication |

14

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 102. | 1/28/03 | Email | Term Loan Amortization | Ashley Gregory | David Alexander | | Attorney/ Client Communication |
| 103. | 5/8/05 | Email | Phone Call | Mitchell Karlan | David Alexander | | Attorney/ Client Communication |
| 104. | 3/23/04 | Email | Signature Pages | Ashley Gregory | David Alexander | | Attorney/ Client Communication |
| 105. | 1/28/03 | Email | Update AMC Closing | Ashley Gregory | David Alexander, Ekkehart Hassels-Weiler | Janet Vance | Attorney/ Client Communication |
| 106. | 5/27/05 | Email | Update AMC Opposition Papers | Joseph Furst | Mitchell Karlan | David Alexander, Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 107. | 5/11/05 | Email | Bd. Meeting and Potential Offer | Janet Weiss | David Alexander, Mitchell Karlan, Ekkehart Hassels-Weiler, Maria Santa, Stephen Bell, Janet Vance, Joseph Furst | Dennis Friedman | Attorney/ Client Communication |
| 108. | 3/21/02 | Email | Updated AMC Loan Spreadsheet | Richard Horvath | Sheryl Rapp-Sloan | David Alexander | Work Product |
| 109. | 5/10/05 | Email | AMC Corp. and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell, Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | D. Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |

15

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 110. | 5/10/05 | Email | AMC Corp. and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell, Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | D. Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 111. | 5/10/05 | Email | AMC Corp. and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell, Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | D. Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 112. | 5/10/05 | Email | AMC Corp. and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell, Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | D. Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 113. | 5/10/05 | Email | AMC Corp. and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell, Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | D. Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 114. | 5/10/05 | Email | AMC Corp. and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell, Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | D. Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 115. | 5/9/05 | Email | Draft Engagement Letter–AMC | Mitchell Karlan | Stephen Bell, David Alexander | Richard Girgenti, Douglas Brickley | Work Product |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 116. | 5/9/05 | Email | Draft Engagement Letter—AMC | Mitchell Karlan | Stephen Bell, David Alexander | | Work Product |
| 117. | 5/10/05 | Email | Draft Engagement Letter—AMC | Mitchell Karlan | Stephen Bell, Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | D. Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 118. | 5/15/05 | Email | Proposal for Growth Capital Partners | Ekkehart Hassels-Weiler | Janet Weiss, David Alexander, Stephen Bell, Mitchell Karlan, Joseph Furst | Dennis Friedman | Attorney/ Client Communication |
| 119. | 5/13/05 | Email | Proposal from Sonny's Investor AMC | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan | Dennis Friedman, Joseph Furst, David Alexander, Stephen Bell | Attorney/ Client Communication |
| 120. | 5/17/05 | Email | Proposal worth Reviewing | Ekkehart Hassels-Weiler | Janet Weiss, David Alexander, Stephen Bell, Mitchell Karlan, Joseph Furst | Dennis Friedman | Attorney/ Client Communication |
| 121. | 5/17/05 | Email | Proposal worth Reviewing | Mitchell Karlan | Janet Weiss, Ekkehart Hassels-Weiler, David Alexander, Joseph Furst, Stephen Bell | Dennis Friedman | Attorney/ Client Communication |

17

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 122. | 5/17/05 | Email | Proposal worth Reviewing | Mitchell Karlan | Janet Weiss, Ekkehart Hassels-Weiler, David Alexander, Joseph Furst, Stephen Bell | Dennis Friedman | Attorney/ Client Communication |
| 123. | 5/17/05 | Email | Proposal worth Reviewing | Mitchell Karlan | Janet Weiss, Ekkehart Hassels-Weiler, David Alexander, Joseph Furst, Stephen Bell | Dennis Friedman | Attorney/ Client Communication |
| 124. | 9/26/02 | Email | Request for Borrowing | Karen Wolfe | Gregory Wagner | David Alexander, Tim Rogers | Reflecting Advice of Counsel |
| 125. | 3/21/02 | Email | Request for Borrowing | Gregory Wagner | David Alexander | | Reflecting Advice of Counsel |
| 126. | 1/15/03 | Email | Revised AMC Credit Agmt. | Ekkehart Hassels-Weiler | David Alexander, Ashley Gregory | Janet Vance | Attorney/ Client Communication |
| 127. | 5/20/05 | Email | Revised Draft AMC Letter of Intent | Ekkehart Hassels-Weiler | Joseph Furst | David Alexander, Janet Weiss, Barbara Becker, Mitchell Karlan, Dennis Friedman | Attorney/ Client Communication |
| 128. | 6/1/05 | Email | Revised Draft AMC Letter of Intent | Joseph Furst | David Alexander | | Attorney/ Client Communication |

18

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 129. | 6/1/05 | Email | Revised Draft AMC Letter of Intent | Joseph Furst | David Alexander | | Attorney/ Client Communication |
| 130. | 5/6/05 | Email | Revised Notice | Mitchell Karlan | Ross Hallock, Janet Vance, Janet Weiss, David Alexander | | Attorney/ Client Communication |
| 131. | 1/27/03 | Email | Series D Preferred | Jonathan Fingeret | Ekkehart Hassels-Weiler | David Wilf, Ashley Gregory, David Alexander | Attorney/ Client Communication |
| 132. | 5/27/05 | Email | Update AMC Opposition Papers | Mitchell Karlan | Joseph Furst | David Alexander, Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 133. | 5/9/05 | Email | AMC Update | Mitchell Karlan | David Alexander | | Attorney/ Client Communication |
| 134. | 5/9/05 | Email | AMC Update | Janet Weiss | Mitchell Karlan, David Alexander, Ekkehart Hassels-Weiler, Stephen Bell, Richard Girgenti | | Attorney/ Client Communication |
| 135. | 5/9/05 | Email | AMC Update | Mitchell Karlan | David Alexander | | Attorney/ Client Communication |
| 136. | 5/9/05 | Email | AMC Update | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |

19

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 137. | 5/9/05 | Email | AMC Update | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 138. | 5/11/05 | Email | Update Bd. Mtg. Potential Offer | Janet Weiss | Ekkehart Hassels-Weiler, Mitchell Karlan, Maria Santa, Stephen Bell, Janet Vance, Joseph Furst | Dennis Friedman, David Alexander | Attorney/ Client Communication |
| 139. | 5/11/05 | Email | Update Bd. Mtg. Potential Offer | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan, Maria Santa, Janet Vance, Joseph Furst, Stephen Bell | Dennis Friedman, David Alexander | Attorney/ Client Communication |
| 140. | 5/11/05 | Email | Update Bd. Mtg. Potential Offer | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan | Dennis Friedman, David Alexander, Janet Vance, Maria Santa, Joseph Furst, Stephen Bell | Attorney/ Client Communication |
| 141. | 4/5/02 | Email | Updated AMC Loan Spreadsheet | Richard Horvath | Sheryl Rapp-Sloan | David Alexander | Work Product |
| 142. | 5/5/05 | Email | "Urgent" | Mitchell Karlan | Janet Vance | Ross Hallock, Janet Weiss, David Alexander | Attorney/ Client Communication |

20

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 143. | 5/10/05 | Email | AMC and Engagement Letter Logistics | Janet Weiss | Mitchell Karlan, Stephen Bell, Ekkehart Hassels-Weiler, David Alexander | Richard Girgenti, Douglas' Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 144. | 5/9/05 | Email | AMC and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell, Ekkehart Hassels-Weiler, Janet Weiss, Dennis Friedman | Richard Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 145. | 6/6/05 | Email | Draft Engagement Letter, Standard Terms | Mitchell Karlan | Stephen Bell, David Alexander | Douglas Brickley, Richard Girgenti | Work Product |
| 146. | 6/6/05 | Email | Request for Borrowing Base and Lockbox Information | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 147. | 5/10/05 | Email | AMC Corp. and Engagement Letter Logistics with Attachments | Stephen Bell | Ekkehart Hassels-Weiler, Janet Weiss, Mitchell Karlan, David Alexander | Richard Girgenti, Douglas Brickley, Theron Taggart | Work Product |
| 148. | 5/10/05 | Email | AMC Corp. and Engagement Letter Logistics | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan | David Alexander | Attorney/Client Communication |
| 149. | 5/10/05 | Email | AMC Corp. and Engagement Letter Logistics | Stephen Bell | David Alexander, Ekkehart Hassels-Weiler | Janet Weiss | Work Product |

21

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 150. | 5/9/05 | Email | Draft Engagement Letter | Stephen Bell | Mitchell Karlan, David Alexander | Richard Girgenti, Douglas Brickley | Work Product |
| 151. | 6/4/05 | Email | AMC Corp. and Engagement Letter Logistics | Ekkehart Hassels-Weiler | Stephen Bell, Janet Weiss, Mitchell Karlan, David Alexander | | Work Product |
| 152. | 5/10/05 | Email | AMC Corp. and Engagement Letter Logistics | Stephen Bell | Ekkehart Hassels-Weiler, Janet Weiss, Mitchell Karlan, David Alexander | Richard Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 153. | 5/10/05 | Email | AMC Corp. and Engagement Ltr. Logistics | Stephen Bell | Stephen Bell, Mitchell Karlan, Janet Weiss, Ekkehart Hassels-Weiler, David Alexander | Richard Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 154. | 5/10/05 | Email | AMC Corp. and Engagement Ltr. Logistics | Stephen Bell | Stephen Bell, Mitchell Karlan, Janet Weiss, Ekkehart Hassels-Weiler, David Alexander | Richard Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 155. | 5/10/05 | Email | AMC Corp. and Engagement Ltr. Logistics | Ekkehart Hassels-Weiler | Stephen Bell, Janet Weiss, Mitchell Karlan, David Alexander | | Work Product |

22

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 156. | 6/4/05 | Email | AMC Corp. and Engagement Ltr. Logistics | Stephen Bell | Ekkehart Hassels-Weiler, Janet Weiss, Mitchell Karlan, David Alexander | * | Work Product |
| 157. | 5/10/05 | Email | AMC Corp. and Engagement Ltr. Logistics | Stephen Bell | Ekkehart Hassels-Weiler, Janet Weiss, Mitchell Karlan, David Alexander | Richard Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 158. | 5/10/05 | Email | Draft Engagement Ltr. Standard Terms | Ekkehart Hassels-Weiler | Stephen Bell, Barbara Becker | Janet Weiss, David Alexander | Work Product |
| 159. | 5/10/05 | Email | AMC Corp. and Engagement Ltr. Logistics | Stephen Bell | Ekkehart Hassels-Weiler, Janet Weiss, Mitchell Karlan, David Alexander | Richard Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 160. | 5/17/05 | Email | Preferences to Maximize Value for AMC | Ekkehart Hassels-Weiler | Janet Weiss | Mitchell Karlan, David Alexander, David Friedman | Attorney/ Client Communication |
| 161. | 5/23/05 | Email | All Hands Call on AMC Matter | Douglas Brickley | Ekkehart Hassels-Weiler, Joseph Furst, Mitchell Karlan, Janet Weiss | Barbara Becker, Dennis Friedman, Stephen Bell, David Alexander | Attorney/ Client Communication |

23

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 162. | 5/23/05 | Email | All Hands Call on AMC Matter | Ekkehart Hassels-Weiler | Joseph Furst, Mitchell Karlan, Janet Weiss | Barbara Becker, Dennis Friedman, Stephen Bell, Douglas Brickley, David Alexander | Attorney/ Client Communication |
| 163. | 10/15/03 | Email | Invoice for Casita/Eugenia | Janet Vance | Ashley Gregory, Ekkehart Hassels-Weiler | David Alexander | Attorney/ Client Communication |
| 164. | 10/15/03 | Email | Invoice for Casita/Eugenia | Ekkehart Hassels-Weiler | Barbara Becker | Ashley Gregory, Janet Vance, David Alexander | Attorney/ Client Communication |
| 165. | 10/15/03 | Email | Invoice for Casita/Eugenia | Barbara Becker | Ekkehart Hassels-Weiler | Ashley Gregory, Janet Vance, David Alexander | Attorney/ Client Communication |
| 166. | 5/11/05 | Email | KPMG Progress AMC, Maplewood Disc Drives, Etc. | Ekkehart Hassels-Weiler | Janet Weiss | Stephen Bell, Richard Girgenti | Work Product |
| 167. | 5/12/05 | Email | KPMG Progress AMC, Maplewood Disc Drives, Etc. | Mitchell Karlan | Ekkehart Hassels-Weiler, Janet Weiss | Stephen Bell, Richard Girgenti | Work Product |
| 168. | 5/17/05 | Email | Last Offer for AMC | Janet Weiss | Ekkehart Hassels-Weiler, Mitchell Karlan, David Alexander, Joseph Furst | Dennis Friedman | Attorney/ Client Communication |

24

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 169. | 5/17/05 | Email | Last Offer for AMC | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss, David Alexander, Joseph Furst | Dennis Friedman | Attorney/ Client Communication |
| 170. | 5/17/05 | Email | Last Offer for AMC | Janet Weiss | Ekkehart Hassels-Weiler, Mitchell Karlan, David Alexander, Joseph Furst | Dennis Friedman | Attorney/ Client Communication |
| 171. | 5/17/05 | Email | Last Offer for AMC | Mitchell Karlan | Ekkehart Hassels-Weiler, Janet Weiss, David Alexander, Joseph Furst | Dennis Friedman | Attorney/ Client Communication |
| 172. | 5/17/05 | Email | Last Offer for AMC | Ekkehart Hassels-Weiler | Janet Weiss, David Alexander, Mitchell Karlan, Joseph Furst | Dennis Friedman | Attorney/ Client Communication |
| 173. | 5/16/05 | Email | Last Offer for AMC | Janet Weiss | Ekkehart Hassels-Weiler, Mitchell Karlan, David Alexander, Joseph Furst | Dennis Friedman | Attorney/ Client Communication |
| 174. | 5/16/05 | Email | Last Offer for AMC | Mitchell Karlan | Ekkehart Hassels-Weiler, Janet Weiss, David Alexander, Dennis Friedman | Joseph Furst | Attorney/ Client Communication |

25

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 175. | 5/16/05 | Email | Last Offer for AMC | Ekkehart Hassels-Weiler | Janet Weiss, David Alexander, Mitchel Karlan, Joseph Furst | Dennis Friedman | Attorney/Client Communication |
| 176. | 5/17/05 | Email | Last Offer for AMC | Ekkehart Hassels-Weiler | Janet Weiss, David Alexander, Mitchel Karlan, Joseph Furst | Dennis Friedman | Attorney/Client Communication |
| 177. | 6/1/05 | Email | Letter to AMC Customers | Ekkehart Hassels-Weiler | Janet Weiss, David Alexander | Mitchell Karlan, Joseph Furst, Richard Falek | Attorney/Client Communication |
| 178. | 6/1/05 | Email | Letter to AMC Customers | Janet Weiss | Ekkehart Hassels-Weiler, David Alexander | Mitchell Karlan, Joseph Furst, Richard Falek | Attorney/Client Communication |
| 179. | 12/12/02 | Email | Maplewood AMC Loan | Ekkehart Hassels-Weiler | Janet Vance | Ashley Gregory, David Alexander | Attorney/Client Communication |
| 180. |  | Email | Maplewood Partners – GEC Loan to Portfolio Company AMC | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 181. | 5/6/05 | Email | Notice of Termination | Janet Weiss | Ross Hallock, David Alexander, Mitchell Karlan, Janet Vance |  | Attorney/Client Communication |

26