| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 182. | 5/5/05 | Email | Notice | Mitchell Karlan | Ross Hallock, David Alexander, Janet Vance | Janet Weiss | Attorney/ Client Communication |
| 183. | 5/5/05 | Email | Observer at Board Mtg. | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 184. | 5/5/05 | Email | Our Borrowing Certificate No. 224 | Janet Vance | David Alexander | Ross Hallock, Mitchell Karlan, Janet Weiss | Attorney/ Client Communication |
| 185. | 5/5/05 | Email | Our Borrowing Certificate No. 224 | Ross Hallock | Janet Vance, David Alexander | Mitchell Karlan, Janet Weiss | Attorney/ Client Communication |
| 186. | 5/6/05 | Email | Our Borrowing Certificate No. 224 | Janet Vance | David Alexander, Mitchell Karlan, Janet Weiss, Ross Hallock | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 187. | 6/22/05 | Email | Greg Wagner | Mitchell Karlan | Ekkehart Hassels-Weiler | Tim Rogers, David Alexander | Attorney/ Client Communication |
| 188. | 6/21/05 | Email | Proposed Email to Teddy, Bindra and Frisher | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman, David Alexander | Attorney/ Client Communication |
| 189. | 6/22/05 | Email | Greg Wagner | Ekkehart Hassels-Weiler | Tim Rogers | David Alexander | Reflecting Advice of Counsel |
| 190. | 5/19/05 | Email | Funding Deadline for AMC Deal | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan, Barbara Becker, Joseph Furst | David Alexander, Dennis Friedman | Attorney/ Client Communication |

27

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 191. | 5/18/05 | Email | Funding Deadline for AMC Deal | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan, Barbara Becker, Joseph Furst | David Alexander, Dennis Friedman | Attorney/ Client Communication |
| 192. | 5/18/05 | Email | Funding Deadline for AMC Deal | Mitchell Karlan | Ekkehart Hassels-Weiler, Janet Weiss, Barbara Becker, Joseph Furst | David Alexander, Dennis Friedman | Attorney/ Client Communication |
| 193. | 5/18/05 | Email | Funding Deadline for AMC Deal | Janet Weiss | Mitchell Karlan, Barbara Becker, Joseph Furst, Ekkehart Hassels-Weiler | David Alexander, Dennis Friedman | Attorney/ Client Communication |
| 194. | 5/19/05 | Email | Funding Deadline for AMC Deal | Janet Weiss | Ekkehart Hassels-Weiler, Joseph Furst, David Alexander | Barbara Becker, Mitchell Karlan, Dennis Friedman | Attorney/ Client Communication |
| 195. | 5/18/05 | Email | Funding Deadline for AMC Deal | Ekkehart Hassels-Weiler | Joseph Furst, David Alexander | Janet Weiss, Barbara Becker, Mitchell Karlan, Dennis Friedman | Attorney/ Client Communication |
| 196. | 1/27/03 | Email | Eugenia Collection Amount | Ashley Gregory | David Alexander | | Attorney/ Client Communication |
| 197. | 3/19/02 | Email | Eugenia Draft Documents | Ekkehart Hassels-Weiler | Alexis Coppedge, Frank Ioppolo, Jr. | Peter Dopsch, David Alexander | Attorney/ Client Communication |

28

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 198. | 3/12/04 | Email | Eugenia VI Loans to AMC | Ekkehart Hassels-Weiler | David Alexander | ' | Reflecting Advice of Counsel |
| 199. | 6/1/05 | Email | Final AMC Computer Corp. Letter to Customers | Joseph Furst | David Alexander | | Attorney/Client Communication |
| 200. | 6/1/05 | Email | Final AMC Computer Corp. Letter to Customers | Ben LeSueur | Joseph Furst, David Alexander | | Attorney/Client Communication |
| 201. | 6/1/05 | Email | Final AMC Computer Corp. Letter to Customers | Joseph Furst | Ben LeSueur, David Alexander | | Attorney/Client Communication |
| 202. | 12/4/02 | Email | Final Credit Agreement Questions | Ekkehart Hassels-Weiler | Ashley Gregory | David Alexander | Attorney/Client Communication |
| 203. | 12/4/02 | Email | Final Credit Agreement Questions | Ashley Gregory | Ekkehart Hassels-Weiler | David Alexander, Janet Vance | Attorney/Client Communication |
| 204. | 5/5/05 | Email | Draft Notice | Janet Weiss | Ross Hallock, Mitchell Karlan, Janet Weiss | David Alexander | Attorney/Client Communication |
| 205. | 5/5/05 | Email | Draft Notice | Janet Vance | David Alexander, Ross Hallock, Mitchell Karlan | Janet Weiss | Attorney/Client Communication |
| 206. | 5/5/05 | Email | Draft Notice | Ross Hallock | David Alexander | | Attorney/Client Communication |

29

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 207. | 5/5/05 | Email | Draft Notice | Janet Vance | David Alexander, Ross Hallock, Mitchell Karlan | Janet Weiss | Attorney/Client Communication |
| 208. | 5/7/05 | Email | Duns Number and Web Site | Stephen Bell | David Alexander | | Work Product |
| 209. | 5/8/05 | Email | Duns Number and Web Site | Stephen Bell | David Alexander | | Work Product |
| 210. | 5/11/05 | Email | Eagle Advisors / AMC Computer Corp. | Mitchell Karlan | David Alexander, Ekkehart Hassels-Weiler, Maria Santa, Stephen Bell | Janet Weiss, Dennis Friedman | Attorney/Client Communication |
| 211. | 5/11/05 | Email | Eagle Advisors / AMC Computer Corp. | Mitchell Karlan | David Alexander, Ekkehart Hassels-Weiler, Maria Santa, Stephen Bell | Janet Weiss, Dennis Friedman | Attorney/Client Communication |
| 212. | 5/11/05 | Email | Eagle Advisors / AMC Computer Corp. | Janet Weiss | David Alexander, Mitchell Karlan, Ekkehart Hassels-Weiler, Maria Santa, Stephen Bell, Janet Vance | Dennis Friedman, Joseph Furst | Attorney/Client Communication |
| 213. | 10/29/01 | Email | Eagle Advisors Contact Info. | Peter Dopsch | David Alexander | | Attorney/Client Communication |

30

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 214. | | Email | Eugenia/AMC First Amendment | Ekkehart Hassels-Weiler | Alexis Coppedge | Peter Dopsch, David Alexander | Attorney/Client Communication |
| 215. | 1/28/03 | Email | Eugenia/AMC Signature Pages | Farina Rabbi | Ben LeSueur | David Alexander, Ashley Gregory | Attorney/Client Communication |
| 216. | 5/18/05 | Email | Draft AMC Letter of Intent | Joseph Furst | Ekkehart Hassels-Weiler | David Alexander, Janet Weiss, Barbara Becker, Mitchell Karlan, Stephen Bell, Douglas Brickley, Dennis Friedman | Attorney/Client Communication |
| 217. | 5/18/05 | Email | Draft AMC Letter of Intent | Ekkehart Hassels-Weiler | Joseph Furst | David Alexander, Janet Weiss, Barbara Becker, Mitchell Karlan, Stephen Bell, Douglas Brickley, Dennis Friedman | Attorney/Client Communication |
| 218. | 7/15/03 | Email | Casita L.P. Execution Documents | Ben LeSueur | David Alexander | Edward Smith | Reflecting Advice of Counsel |
| 219. | 11/16/04 | Email | AMC Loans Update | Tim Rogers | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |

31

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 220. | 7/29/02 | Email | AMC Lockbox Activity | Robert Raimundi | Richard Horvath | David Alexander, Tim Rogers, Robert Raimundi, Karen Wolfe | Work Product |
| 221. | 1/25/03 | Email | AMC Update | Ekkehart Hassels-Weiler | Ashley Gregory | David Alexander | Attorney/Client Communication |
| 222. | 6/20/05 | Email | AMC, Maplewood Audited Financials | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 223. | 5/5/05 | Email | Board Meeting Urgent | Mitchell Karlan | Janet Vance, David Alexander | Janet Weiss | Attorney/Client Communication |
| 224. | 5/5/05 | Email | Board Meeting Urgent | Janet Vance | Mitchell Karlan, David Alexander | Janet Weiss | Attorney/Client Communication |
| 225. | 5/5/05 | Email | Board Meeting Urgent | Mitchell Karlan | David Alexander | Janet Vance, Janet Weiss | Attorney/Client Communication |
| 226. | 5/5/05 | Email | Board Meeting Urgent | Mitchell Karlan | David Alexander, Janet Vance, Ross Hallock | Janet Weiss | Attorney/Client Communication |
| 227. | 5/5/05 | Email | Board Meeting Urgent | Mitchell Karlan | David Alexander, Janet Vance | Janet Weiss | Attorney/Client Communication |
| 228. | 12/3/02 | Email | Call with AMC Counsel | Ekkehart Hassels-Weiler | Janet Vance, Ashley Gregory | Dennis Friedman, David Alexander | Attorney/Client Communication |
| 229. | 12/3/02 | Email | Call with AMC Counsel | Ashley Gregory | Janet Vance, Ekkehart Hassels-Weiler | Dennis Friedman, David Alexander | Attorney/Client Communication |

32

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 230. | 4/2/02 | Email | Eugenia/AMC First Amendment | Alexis Coppedge | Ekkehart Hassels-Weiler | David Alexander, Peter Dopsch | Attorney/Client Communication |
| 231. | 4/2/02 | Email | Eugenia/AMC First Amendment | Ekkehart Hassels-Weiler | Alexis Coppedge | David Alexander, Peter Dopsch | Attorney/Client Communication |
| 232. | 5/26/05 | Email | Communication re Eagle Advisors and Eugenia VI | Ekkehart Hassels-Weiler | Ross Hallock, Mitchell Karlan, Joseph Furst, Janet Vance, Janet Weiss, Barbara Becker, Dennis Friedman, David Alexander, Oliver Olanoff | | Attorney/Client Communication |
| 233. | 5/26/05 | Email | Communication re Eagle Advisors and Eugenia VI | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman, David Alexander | Attorney/Client Communication |
| 234. | 5/26/05 | Email | Communication with AMC Customers | Ekkehart Hassels-Weiler | Ross Hallock | Mitchell Karlan, Dennis Friedman, David Alexander | Attorney/Client Communication |
| 235. | 5/26/05 | Email | Communication with AMC Customers | Mitchell Karlan | Ekkehart Hassels-Weiler, Ross Hallock | Dennis Friedman, David Alexander | Attorney/Client Communication |
| 236. | 5/6/05 | Email | Contact Info. for KPMG | Janet Weiss | David Alexander | Ekkehart Hassels-Weiler | Attorney/Client Communication |

33

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 237. | 6/30/03 | Email | Contact Info. | Ashley Gregory | David Alexander, Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 238. | 5/24/05 | Email | Copy of CHABRA v. AMC Complaint | Ekkehart Hassels-Weiler | Joseph Furst, David Alexander, Dennis Friedman, Mitchell Karlan, Janet Weiss, Barbara Becker | | Attorney/Client Communication |
| 239. | 5/24/05 | Email | Copy of CHABRA v. AMC Complaint | Joseph Furst | Ekkehart Hassels-Weiler, David Alexander, Dennis Friedman, Mitchell Karlan, Janet Weiss, Barbara Becker | | Attorney/Client Communication |
| 240. | 5/24/05 | Email | Dial In for 5/24 AMC Call | Ekkehart Hassels-Weiler | Joseph Furst, Mitchell Karlan, Janet Weiss, Barbara Becker | David Alexander, Dennis Friedman, Stephen Bell, Douglas Brickley | Attorney/Client Communication |
| 241. | 5/24/05 | Email | Dial In for 5/24 AMC Call | Joseph Furst | Ekkehart Hassels-Weiler, Mitchell Karlan, Barbara Becker, Janet Weiss | David Alexander, Dennis Friedman, Stephen Bell, Douglas Brickley | Attorney/Client Communication |

34

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 242. | 1/28/03 | Email | Certificate of Amendment with Attachments | Jonathan Fingeret | Trent Ioppolo, Marlene Markard | David Wilf, Ashley Gregory, David Alexander, Ekkehart Hassels-Weiler | Work Product |
| 243. | 6/30/03 | Email | AMC Review Additional Comments | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 244. | 1/24/03 | Email | AMC Notice | Ashley Gregory | David Alexander | | Attorney/ Client Communication |
| 245. | 1/24/03 | Email | AMC Notice | Ashley Gregory | David Alexander | | Attorney/ Client Communication |
| 246. | 1/22/03 | Email | AMC Preferred | David Wilf | David Alexander | Ashley Gregory | Attorney/ Client Communication |
| 247. | 1/22/03 | Email | AMC Preferred | David Wilf | David Alexander | | Attorney/ Client Communication |
| 248. | 1/14/03 | Email | AMC Financing | Ashley Gregory | David Alexander, Ekkehart Hassels-Weiler | Janet Vance | Attorney/ Client Communication |
| 249. | 1/15/03 | Email | AMC Financing | Ashley Gregory | Ekkehart Hassels-Weiler | David Alexander, Janet Vance | Attorney/ Client Communication |
| 250. | 6/19/03 | Email | AMC Issues | Janet Vance | David Alexander | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 251. | 6/19/03 | Email | AMC Issues | Janet Vance | David Alexander | Ashley Gregory, Ekkehart Hassels-Weiler | Attorney/ Client Communication |

35

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 252. | 6/19/03 | Email | AMC Issues | Janet Vance | Ekkehart Hassels-Weiler | David Alexander, Ashley Gregory | Attorney/Client Communication |
| 253. | 6/19/03 | Email | AMC Issues | Ekkehart Hassels-Weiler | Janet Vance | Barbara Becker, David Alexander | Attorney/Client Communication |
| 254. | 3/4/02 | Email | AMC Line of Credit Extension | Peter Dopsch | David Alexander | | Attorney/Client Communication |
| 255. | 2/27/02 | Email | AMC Line of Credit | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 256. | 12/4/02 | Email | AMC Loan Documentation | Janet Vance | Ashley Gregory, Ekkehart Hassels-Weiler | David Alexander, Dennis Friedman | Attorney/Client Communication |
| 257. | 5/20/02 | Email | AMC Loan Spreadsheet 5/16/02 | Richard Horvath | Robert Raimondi | David Alexander | Work Product |
| 258. | 3/24/04 | Email | AMC Documents | Ben LeSueur | Ashley Gregory | David Alexander | Attorney/Client Communication |
| 259. | 3/24/04 | Email | AMC Documents | Ashley Gregory | Ben LeSueur | David Alexander | Attorney/Client Communication |
| 260. | 1/15/03 | Email | AMC Financing | Ashley Gregory | Ekkehart Hassels-Weiler | David Alexander | Attorney/Client Communication |
| 261. | 1/14/03 | Email | AMC Financing | Ekkehart Hassels-Weiler | Ashley Gregory | Janet Vance, David Alexander | Attorney/Client Communication |

36

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 262. | 6/15/05 | Email | AMC Activity 6/14/05 | Debra Ross | Theron Taggart | Tim Rogers | Work Product |
| 263. | 6/9/05 | Email | AMC Default Provisions | Janet Vance | David Alexander | Mitchell Karlan | Attorney/Client Communication |
| 264. | 6/9/05 | Email | AMC Default Provisions | Mitchell Karlan | Janet Vance, David Alexander | | Attorney/Client Communication |
| 265. | 6/22/05 | Email | AMC Audit Letters | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 266. | 6/17/05 | Email | AMC Borrowing Base Certs. | Theron Taggart | Tim Rogers | Stephen Bell | Work Product |
| 267. | | Email | Theron Taggart Contact Info. | | | | Attorney/Client Communication |
| 268. | 6/15/05 | Email | AMC Borrowing Base Follow-up | Theron Taggart | Tim Rogers | Stephen Bell | Work Product |
| 269. | 6/22/05 | Email | Greg Wagner | Ekkehart Hassels-Weiler | Mitchell Karlan | Tim Rogers, David Alexander | Attorney/Client Communication |
| 270. | 6/19/05 | Email | AMC | Ekkehart Hassels-Weiler | David Alexander, Tim Rogers | | Reflecting Advice of Counsel |
| 271. | 3/23/04 | Email | AMC Second Amendment | David Alexander | Ben LeSueur | | Reflecting Advice of Counsel |
| 272. | 1/4/05 | Email | AMC Credit Agreement | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |

37

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 273. | 1/15/04 | Email | AMC Credit Agreement Final | David Alexander | Karina Siegel | , | Attorney/ Client Communication |
| 274. | Various | Eugenia VI Venture Holdings Ltd. Board Minutes | | | | | Reflecting Advice of Counsel |
| 275. | 6/23/05 | Email | Maplewood Summary Sheet 6/5 | Ekkehart Hassels-Weiler | Tim Rogers | David Alexander | Reflecting Advice of Counsel |
| 276. | 12/24/03 | Email | Maplewood Portfolio Company Update | Ekkehart Hassels-Weiler | Dennis Friedman, Janet Vance, Ashley Gregory | David Alexander, Tim Rogers | Attorney/ Client Communication |
| 277. | 3/11/04 | Email | Mapleridge Fund Limited – NAV Confirmation | Reneaka Hassell | Tim Rogers | | Reflecting Advice of Counsel |
| 278. | 5/26/05 | Email | Pending Litigation Matters Against AMC et al. | Ekkehart Hassels-Weiler | David Alexander, Hyeon Lee, Tim Rogers, David Freedman, Don Murray, Alexandra Toledo | | Reflecting Advice of Counsel |
| 279. | 6/10/05 | Email | GE Capital and AMC | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 280. | 6/10/05 | Email | GE Capital and AMC | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 281. | 6/10/05 | Email | GE Capital and AMC | Tim Rogers | Ekkehart Hassels-Weiler | , | Reflecting Advice of Counsel |
| 282. | 6/10/05 | Email | Maplewood Partners – GEC Loan to Portfolio Company AMC | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 283. | 6/20/05 | Email | AMC | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 284. | 6/20/05 | Email | AMC | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 285. | 5/8/01 | Email | Morrison & Foerster Engagement Letter | Peter Dopsch | David Alexander | | Attorney/ Client Communication |
| 286. | 6/4/05 | Email | AMC Corp. and Engagement Letter Logistics | Ekkehart Hassels-Weiler | David Alexander, Tim Rogers | | Reflecting Advice of Counsel |
| 287. | 6/4/05 | Email | Request for Borrow with Base and Lockbox Information | Ekkehart Hassels-Weiler | David Alexander, Tim Rogers | | Reflecting Advice of Counsel |
| 288. | 6/6/05 | Email | 3rd Amendment AMC Borrowing Certificates | Stephen Bell | Tim Rogers | | Work Product |
| 289. | 6/6/05 | Email | 3rd Amendment AMC Borrowing Certificates | Stephen Bell | Tim Rogers, Mitchell Karlan | | Work Product |

39

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 290. | 6/6/05 | Email | 2nd Attempt AMC Borrowing Certificates from 2005 | Stephen Bell | Tim Rogers | | Work Product |
| 291. | 6/6/05 | Email | 3rd Attempt AMC Borrowing Certificates 04-04 | Mitchell Karlan | Tim Rogers | | Attorney/ Client Communication |
| 292. | 6/16/05 | Email | AMC Borrowing Base Follow-up | Theron Taggart | Tim Rogers | | Work Product |
| 293. | 6/15/05 | Email | AMC Borrowing Base Follow-up | Theron Taggart | Tim Rogers | Cary Chappell | Work Product |
| 294. | 6/6/05 | Email | AMC Loan Spreadsheet attached | Stephen Bell | Tim Rogers, Thomas Keegan, Theron Taggart, Douglas Brickley | David Alexander, Ekkehart Hassels-Weiler | Work Product |
| 295. | 6/17/05 | Email | Updated AMC Spreadsheet attached | Theron Taggart | Debra Ross | Tim Rogers | Work Product |
| 296. | 6/9/05 | Email | Updated AMC Spreadsheet attached | Tim Rogers | Stephen Bell | Mitchell Karlan | Work Product |
| 297. | 6/16/05 | Email | AMC Borrowing Base Follow-up | Tim Rogers | Theron Taggart | | Work Product |
| 298. | 6/15/05 | Email | AMC Borrowing Base Follow-up | Tim Rogers | Theron Taggart | Stephen Bell, Debra Ross | Work Product |

40

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 299. | 6/6/05 | Email | AMC Loan Spreadsheet attached | Tim Rogers | Stephen Bell | David Alexander, Ekkehart Hassels-Weiler | Work Product |
| 300. | 6/15/05 | Email | Updated AMC Spreadsheet | Debra Ross | Theron Taggart | Tim Rogers, Mitchell Karlan, Stephen Bell | Work Product |
| 301. | 5/11/05 | Email | Eagle Advisors AMC Documents | David Alexander | Tim Rogers | | Reflecting Advice of Counsel |
| 302. | 5/6/05 | Email | AMC Management | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 303. | 8/12/04 | Email | Bessemer Market Strategy Bulletin 8/8/04 | David Alexander | Tim Rogers | | Reflecting Advice of Counsel |
| 304. | 3/8/04 | Email | AMC Loan Requests | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 305. | 2/13/04 | Email | AMC Credit/LOC Request | David Alexander | Ashley Gregory | | Attorney/ Client Communication |
| 306. | 5/5/05 | Email | AMC Auditors | David Alexander | Janet Vance | | Attorney/ Client Communication |
| 307. | 5/19/04 | Email | AMC Amendment | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 308. | 5/5/05 | Email | AMC Urgent | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 309. | 5/5/05 | Email | AMC Urgent | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |

41

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 310. | 2/24/04 | Email | AMC Second Lien | David Alexander | Ashley Gregory | ' | Attorney/Client Communication |
| 311. | 5/5/05 | Email | AMC Draft Notice | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 312. | 5/5/05 | Email | AMC Shutdown | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 313. | 6/6/05 | Email | AMC Borrowing Certificates | Mitchell Karlan | Tim Rogers | | Attorney/Client Communication |
| 314. | 5/26/05 | Email | Communication re Eagle Advisors and Eugenia VI | Ekkehart Hassels-Weiler | Ross Hallock, Mitchell Karlan, Joseph Furst, Janet Vance, Janet Weiss, Barbara Becker, Dennis Friedman, David Alexander, Oliver Olanoff | | Attorney/Client Communication |
| 315. | 6/22/05 | Email | Greg Wagner | Mitchell Karlan | Ekkehart Hassels-Weiler | Tim Rogers, David Alexander | Attorney/Client Communication |
| 316. | 5/11/05 | Email | Eagle Advisors AMC Documents (5-11-05) | David Alexander | Tim Rogers | | Reflecting Advice of Counsel |
| 317. | 6/10/05 | Email | Maplewood | Ekkehart Hassels-Weiler | Tim Rogers | David Alexander | Reflecting Advice of Counsel |
| 318. | 6/20/05 | Email | Letter to AMC Customers | David Alexander | Tim Rogers | | Reflecting Advice of Counsel |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 319. | 6/23/05 | Email | Maplewood and AMC Info | Tim Rogers | Mitchell Karlan | David Alexander, Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 320. | 6/17/05 | Email | AMC Borrowing Certificate | Tim Rogers | Mitchell Karlan | David Alexander, Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 321. | 5/5/05 | Email | Draft Notice | David Alexander | Janet Vance, Ross Hallock, Mitchell Karlan | Janet Weiss | Attorney/Client Communication |
| 322. | 5/5/05 | Email | Draft Notice | David Alexander | Ross Hallock | | Attorney/Client Communication |
| 323. | 5/5/05 | Email | Draft Notice | David Alexander | Janet Vance, Ross Hallock, Mitchell Karlan | Janet Weiss | Attorney/Client Communication |
| 324. | 5/11/05 | Email | Eagle Advisors / AMC Computer Corp. | David Alexander | Mitchell Karlan, Maria Santa, Ekkehart Hassels-Weiler, Stephen Bell | Janet Weiss, Dennis Friedman | Attorney/Client Communication |
| 325. | 12/11/03 | Email | Eugenia / AMC | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 326. | 5/9/05 | Email | Draft AMC Engagement Letter and Standard Terms and Conditions | David Alexander | Stephen Bell | Mitchell Karlan | Work Product |

43

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 327. | 5/10/05 | Email | Proposed Work Plan – AMC Corp. and Engagement Letter Logistics | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 328. | 5/10/05 | Email | Proposed Work Plan – AMC Corp. and Engagement Letter Logistics | David Alexander | Mitchell Karlan | | Attorney/ Client Communication |
| 329. | 5/10/05 | Email | Proposed Work Plan – AMC Corp. and Engagement Letter Logistics | David Alexander | Janet Weiss | | Attorney/ Client Communication |
| 330. | 6/1/05 | Email | Revised Draft AMC Computer Corp. Letter of Intent (5-19-05) | David Alexander | Joseph Furst | | Attorney/ Client Communication |
| 331. | 5/9/05 | Email | Update Re AMC | David Alexander | Mitchell Karlan | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 332. | 5/9/05 | Email | Update Re AMC | David Alexander | Mitchell Karlan | | Attorney/ Client Communication |
| 333. | 5/5/05 | Email | "Urgent" | David Alexander | Janet Vance | | Attorney/ Client Communication |
| 334. | 5/5/05 | Email | Draft Notice | David Alexander | Ross Hallock, Mitchell Karlan, Janet Vance | Janet Weiss | Attorney/ Client Communication |

44

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 335. | 5/6/05 | Email | Contact Info for KPMG | David Alexander | Janet Weiss | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 336. | 5/5/05 | Email | Board Meeting – Urgent | David Alexander | Mitchell Karlan, Janet Vance | Janet Weiss | Attorney/ Client Communication |
| 337. | 5/5/05 | Email | Board Meeting – Urgent | David Alexander | Mitchell Karlan, Janet Vance, Ross Hallock | Janet Weiss | Attorney/ Client Communication |
| 338. | 5/5/05 | Email | Board Meeting – Urgent | David Alexander | Mitchell Karlan | | Attorney/ Client Communication |
| 339. | 5/5/05 | Email | Board Meeting – Urgent | David Alexander | Mitchell Karlan | Janet Weiss, Janet Vance | Attorney/ Client Communication |
| 340. | 5/5/05 | Email | Board Meeting – Urgent | David Alexander | Mitchell Karlan, Janet Vance | Janet Weiss | Attorney/ Client Communication |
| 341. | 6/9/05 | Email | AMC Default Provisions | David Alexander | Janet Vance | | Attorney/ Client Communication |
| 342. | 6/9/05 | Email | AMC Default Provisions | David Alexander | Janet Vance | | Attorney/ Client Communication |
| 343. | 2/10/04 | Email | AMC Credit – LOC | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 344. | 5/5/05 | Email | AMC Auditors / Addresses | David Alexander | Mitchell Karlan, Janet Vance | Ross Hallock | Attorney/ Client Communication |
| 345. | 6/17/05 | Email | AMC Computer | David Alexander | Mitchell Karlan | | Attorney/ Client Communication |
| 346. | 5/5/05 | Email | AMC Auditors / Addresses | David Alexander | Janet Vance | Mitchell Karlan, Ross Hallock | Attorney/ Client Communication |

45

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|--------------|-------------|--------|--------------|------------------|-------------------|
| 347. | 6/22/05 | Email | AMC Audit Letter | David Alexander | Ekkehart Hassels-Weiler | ' | Reflecting Advice of Counsel |
| 348. | 3/22/04 | Email | AMC Amendment | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 349. | 3/19/04 | Email | AMC Amendment | David Alexander | Ashley Gregory | Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 350. | 12/5/04 | Email | AMC | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 351. | 6/21/04 | Email | AMC – Retainer Payment | David Alexander | Stephen Bell | Ekkehart Hassels-Weiler | Work Product |
| 352. | 6/3/05 | Email | AMC – Notice of Acceleration and Demand on Guaranty | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 353. | 5/9/05 | Email | AMC Update | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 354. | 5/9/05 | Email | Draft Engagement Letter and Standard Terms and Conditions for AMC Engagement | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 355. | 6/22/04 | Email | Spam Re:  AMC | David Alexander | Tim Rogers | | Reflecting Advice of Counsel |

46

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 356. | 5/6/05 | Email | Our Borrowing Certificate No. 225 at 5/6/05 (AMC) | David Alexander | Janet Vance, Mitchell Karlan, Janet Weiss, Ross Hallock | | Attorney/ Client Communication |
| 357. | 5/5/05 | Email | Observer at Board Meeting | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 358. | 6/20/05 | Email | Letter to AMC Customers | David Alexander | Tim Rogers | | Reflecting Advice of Counsel |
| 359. | 6/1/05 | Email | Final AMC Letter to Customers | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 360. | | Email | Our Borrowing Certificates | | | | Work Product |
| 361. | 10/22/02 | Email | AMC Term Sheet | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 362. | 1/30/03 | facsimile | AMC Term Loan Funding – Eugenia VI Venture Holdings – Legal Fees | David Alexander | Theresa McGuire, Bob Ludricks | Sheryl Rapp Sloan | Work Product |
| 363. | 1/29/03 | facsimile | Eugenia VI / AMC Signature Pages | Ben LeSueur | Farina Rabbi | | Attorney/ Client Communication |
| 364. | 1/30/03 | Email | Letter of Direction | Ashley Gregory | Frank Ioppolo | David Alexander | Attorney/ Client Communication |
| 365. | 5/5/05 | Email | AMC Default | David Alexander | Edward Smith | Ekkehart Hassels-Weiler | Reflecting Advice of Counsel |

47

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 366. | 6/15/05 | Email | AMC Activity 6/14/05 | Debra Ross | Theron Taggart | Tim Rogers | Work Product |
| 367. | 8/9/05 | Email | AMC / A/R | Don Murray | Debra Ross | | Work Product |
| 368. | 6/27/05 | Email | Eagle Advisors Privilege | Theron Taggart | Debra Ross | Tim Rogers | Work Product |
| 369. | 8/17/05 | Email | Updated. Spreadsheet | Theron Taggart | Debra Ross | | Work Product |
| 370. | 6/22/05 | Email | Updated AMC Spreadsheet through 6/21/05 | Theron Taggart | Debra Ross | | Work Product |
| 371. | 6/15/05 | Email | Updated AMC Spreadsheet | Theron Taggart | Debra Ross | | Work Product |
| 372. | 6/17/05 | Email | Updated AMC Spreadsheet | Theron Taggart | Debra Ross | Tim Rogers | Work Product |
| 373. | 7/6/05 | Email | Updated AMC Spreadsheet | Theron Taggart | Debra Ross | Tim Rogers | Work Product |
| 374. | | Email | Spreadsheet Updated through 6/16/05 | | Debra Ross | Stephen Bell | Work Product |
| 375. | | Internal draft memo | AMC Review | | | | Work Product |
| 376. | 6/27/05 | Email | Privileged AMC Spreadsheet | Theron Taggart | Debra Ross | Tim Rogers | Work Product |
| 377. | 6/30/05 | Email | Privileged AMC Spreadsheet | Theron Taggart | Tim Rogers | | Work Product |

48

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 378. | 6/30/05 | Email | AMC-KPMG Analysis of Diverted Funds | Tim Rogers | Sheryl Rapp Sloan | | Work Product |
| 379. | 9/1/05 | facsimile | AMC Lockbox Transfer to BJB Global Bond Fund (account EGN03) | David Alexander | Robert Raimondi | | Work Product |
| 380. | 8/9/05 | Email | AMC Wire | Don Murray | Debra Ross | | Work Product |
| 381. | 6/15/05 | Email | Borrowing Base Follow-up | Tim Rogers | Theron Taggart | Stephen Bell, Debra Ross | Work Product |
| 382. | 6/30/05 | Email | Privileged A/R payment | Anne Ward | Debra Ross | | Work Product |
| 383. | 8/17/05 | Email | Updated Spreadsheet | Debra Ross | Theron Taggart | Tim Rogers | Work Product |
| 384. | 6/24/05 | Email | | David Alexander | Mitchell Karlan | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 385. | 6/6/05 | Email | Directors' Statement and Resignation dated 6/6/05 | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 386. | 5/20/05 | Email | AMC – Corrected Letter | Janet Weiss | Ekkehart Hassels-Weiler, David Alexander, Mitchell Karlan, Barbara Becker | Dennis Friedman | Attorney/ Client Communication |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 387. | 5/25/05 | Email | Copy of Filed Memo of Law in Support of Chabra Order to Show Cause | Ekkehart Hassels-Weiler | Dennis Friedman | ' | Attorney/ Client Communication |
| 388. | 8/26/05 | Email | AMC – Copies of Engenia's Complaints as of 6/30/05 | Joseph Furst | Ben LeSueur | Ekkehart Hassels-Weiler Richard Falek | Attorney/ Client Communication |
| 389. | 6/30/05 | Email | AMC – Eugenia 6 | Ekkehart Hassels-Weiler | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 390. | 5/5/05 | Email | AMC Draft Notice | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 391. | 7/14/05 | Email | AMC – Pleadings | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 392. | 5/19/05 | Email | Case Mgmt. Findings | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 393. | 6/22/05 | Email | Funds owed to Maplewood by AMC | Mitchell Karlan | Ekkehart Hassels-Weiler | Janet Weiss | Attorney/ Client Communication |
| 394. | 5/18/05 | Email | Funding Deadline for AMC Deal (per Chester Salomon) | Joseph Furst | Ekkehart Hassels-Weiler David Alexander | Janet Weiss, Barbara Becker, Mitchell Karlan | Attorney/ Client Communication |
| 395. | 5/18/05 | Email | Funding Deadline for AMC Deal (per Chester Salomon) | Joseph Furst | Ekkehart Hassels-Weiler David Alexander | Janet Weiss, Barbara Becker, Mitchell Karlan | Attorney/ Client Communication |

50

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 396. | 6/7/05 | Email | Draft Complaint | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 397. | 5/27/05 | Email | Filed AMC Opposition Papers | Joseph Furst | Ekkehart Hassels-Weiler, Mitchell Karlan, Dennis Friedman, Janet Weiss, Janet Vance | | Attorney/ Client Communication |
| 398. | 6/1/05 | Email | Fax to AMC Board's Counsel | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 399. | 6/6/05 | Email | Emailing Transamerica HTM | Mitchell Karlan | Ekkehart Hassels-Weiler, Janet Weiss, Janet Vance, Dennis Friedman | | Attorney/ Client Communication |
| 400. | 5/13/05 | Email | Letter to BoA | Janet Weiss | Ekkehart Hassels-Weiler, David Alexander, Mitchell Karlan, Stephen Bell, Joseph Furst | | Attorney/ Client Communication |
| 401. | 6/8/05 | Email | Eagle Subpoena Re: Israels 6/8/05 | Night Fax email Gateway | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 402. | 5/11/05 | Email | AMC Computer / Stevens Loan Letter | Maria Santa | David Alexander, Stephen Bell, Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan, Dennis Friedman | Attorney/ Client Communication |
| 403. | 6/24/05 | Email | Draft Motion to Dismiss | Richard Falek | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 404. | 5/23/05 | Email | Draft Letter in Response to AMC's May 20th Final Offer | Joseph Furst | Ekkehart Hassels-Weiler, Mitchell Karlan, Janet Weiss, Barbara Becker | David Alexander, Dennis Friedman | Attorney/ Client Communication |
| 405. | 8/11/05 | Email | Draft Letter to Glaser | Richard Falek | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 406. | 5/23/05 | Email | Dial In Info for AMC Call | Joseph Furst | Ekkehart Hassels-Weiler, Mitchell Karlan, Janet Weiss, Barbara Becker | David Alexander, Dennis Friedman, Stephen Bell, Douglas Brickley | Attorney/ Client Communication |
| 407. | 5/17/05 | Email | Dennis Friedman's Suggestion on Acquisition of AMC | Ekkehart Hassels-Weiler | Janet Weiss | | Attorney/ Client Communication |
| 408. | 5/10/05 | Email | KPMG Letter re AMC – Investigation in Potential Accounting Irregularities | Night Fax email Gateway | Ekkehart Hassels-Weiler | | Work Product |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 409. | 5/24/05 | Email | Copy of Chabra v. AMC Complaint (5/24/05) | Joseph Furst | Ekkehart Hassels-Weiler, David Alexander, Dennis Friedman, Mitchell Karlan, Janet Weiss, Barbara Becker, Stephen Bell, Douglas Brickley | | Attorney/ Client Communication |
| 410. | 5/31/05 | Email | Conference Call at 6 pm | Janet Weiss | Ekkehart Hassels-Weiler | Mitchell Karlan, Joseph Furst, Dennis Friedman | Attorney/ Client Communication |
| 411. | 5/26/05 | Email | Communication with AMC Customers | Ross Hallock | Mitchell Karlan, Joseph Furst, Janet Vance, Janet Weiss, Barbara Becker, Dennis Friedman, David Alexander, Stephen Bell, Oliver Olanoff | | Attorney/ Client Communication |
| 412. | 5/13/05 | Email | Clarification on Proposal from Sonny's Investor for AMC | Janet Weiss | Ekkehart Hassels-Weiler, David Alexander, Mitchell Karlan, Stephen Bell | Dennis Friedman, Joseph Furst | Attorney/ Client Communication |
| 413. | 6/24/05 | Email | CD with AMC emails | Tim Rogers | Mitchell Karlan | David Alexander, Ekkehart Hassels-Weiler | Attorney/ Client Communication |

53

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 414. | 6/20/05 | Email | Call today with Dennis | Janet Weiss | Ekkehart Hassels-Weiler | · | Attorney/ Client Communication |
| 415. | 7/6/05 | Email | Billing Eugenia | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 416. | 5/23/05 | Email | Availability for All Hands Call on AMC Matter | Joseph Furst | Ekkehart Hassels-Weiler, David Alexander | Janet Weiss, Mitchell Karlan, Barbara Becker, Dennis Friedman, Stephen Bell, Douglas Brickley | Attorney/ Client Communication |
| 417. | 7/7/05 | Email | AMC – Revised Cash Collateral Agreement | Janet Weiss | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 418. | 6/22/05 | Email | AMC – Final Draft of Eugenia's Offer | Mitchell Karlan | Ekkehart Hassels-Weiler, Dennis Friedman | | Attorney/ Client Communication |
| 419. | 8/9/05 | Email | AMC Subpoenas | Hyeon Lee | Richard Falek, Mitchell Karlan, Janet Weiss | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 420. | 6/2/05 | Email | AMC Shareholders' Meeting et al. | Ekkehart Hassels-Weiler | Dennis Friedman, Mitchell Karlan | | Attorney/ Client Communication |
| 421. | 6/22/05 | Email | AMC Settlement Response from Eugenia | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman | Attorney/ Client Communication |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 422. | 6/22/05 | Email | AMC Settlement Response from Eugenia | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman | Attorney/ Client Communication |
| 423. | 5/19/05 | Email | AMC LOI | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 424. | 5/25/05 | Email | AMC Litigation | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman | Attorney/ Client Communication |
| 425. | 5/6/05 | Email | AMC Follow-up | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 426. | 6/3/05 | Email | AMC Damage Amount | Ekkehart Hassels-Weiler | Mitchell Karlan | Tim Rogers, David Alexander | Attorney/ Client Communication |
| 427. | 6/6/05 | Email | AMC Borrowing Certificate | Tim Rogers | Mitchell Karlan | Ekkehart Hassels-Weiler, David Alexander | Attorney/ Client Communication |
| 428. | 6/22/05 | Email | AMC Audit Letter | Ekkehart Hassels-Weiler | David Alexander, Tim Rogers | | Reflecting Advice of Counsel |
| 429. | 6/30/05 | Email | AMC Administration | Ekkehart Hassels-Weiler | Mitchell Karlan | Janet Weiss | Attorney/ Client Communication |
| 430. | 5/5/05 | Email | AMC – Possible Shutdown | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |

55

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 431. | 5/6/05 | Email | AMC – Conference Call | Janet Vance | Ekkehart Hassels-Weiler, David Alexander | Mitchell Karlan, Janet Weiss, Ross Hallock | Attorney/Client Communication |
| 432. | 6/1/05 | Email | AMC | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/Client Communication |
| 433. | 6/7/05 | Email | AMC | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 434. | 6/9/05 | Email | AMC | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/Client Communication |
| 435. | 6/15/05 | Email | AMC – Meeting with Sonny | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 436. | 6/15/05 | Email | AMC – Draft of Complaint v. Reale | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 437. | 6/19/05 | Email | AMC | Ekkehart Hassels-Weiler | Mitchell Karlan | Janet Weiss | Attorney/Client Communication |
| 438. | 6/19/05 | Email | AMC | Ekkehart Hassels-Weiler | David Alexander, Tim Rogers | | Reflecting Advice of Counsel |
| 439. | 6/21/05 | Email | AMC – Counsel Conference | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 440. | 6/21/05 | Email | AMC – Reale Litigation | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |

56

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 441. | 7/11/05 | Email | AMC | Mitchell Karlan | Ekkehart Hassels-Weiler | , | Attorney/ Client Communication |
| 442. | 7/11/05 | Email | AMC | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 443. | 5/6/05 | Email | AMC – Weekend Conference Call with KPMG | Ekkehart Hassels-Weiler | Janet Vance | Janet Weiss | Attorney/ Client Communication |
| 444. | 6/1/05 | Email | AMC – Update on Letter to AMC Customers | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss | Attorney/ Client Communication |
| 445. | 8/23/05 | Email | AMC – Update on Assignee request to make Ins. payments (to cover auction period) | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss, Hyeon Lee | Attorney/ Client Communication |
| 446. | 6/29/05 | Email | AMC – Transcript for 6/28 OSC Hearing | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss, Richard Falek | Attorney/ Client Communication |
| 447. | 6/22/05 | Email | AMC – Support for KPMG Invoice Thru May 31, 2005 | Stephen Bell | David Alexander, Ekkehart Hassels-Weiler | Theron Taggart, Richard Girganti, Mitchell Karlan | Work Product |
| 448. | 5/25/05 | Email | AMC Service of Process on Eugenia | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Dennis Friedman, Janet Weiss, Barbara Becker | Attorney/ Client Communication |
| 449. | 5/25/05 | Email | AMC – Service | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |

57