| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 450. | 6/30/05 | Email | AMC – Ron Augustin Service Address | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/Client Communication |
| 451. | 5/6/05 | Email | AMC – Mesirow | Ekkehart Hassels-Weiler | Janet Vance | David Alexander | Attorney/Client Communication |
| 452. | 6/10/05 | Email | AMC – Maplewood, Ron Augustin | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/Client Communication |
| 453. | 6/30/05 | Email | AMC – Letter to Top AMC Customers (w/ 6/28 Court Transcript) | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss, Richard Falek | Attorney/Client Communication |
| 454. | 7/1/05 | Email | AMC – Letter to Northern Trust (7/1/05) | Joseph Furst | Ekkehart Hassels-Weiler, Tim Rogers, Theron Taggart | Mitchell Karlan, Janet Weiss | Attorney/Client Communication |
| 455. | 7/6/05 | Email | AMC – KPMG May 2005 fee Detail | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss | Attorney/Client Communication |
| 456. | 5/6/05 | Email | AMC – Interim Management – Corporate Recovery | Ekkehart Hassels-Weiler | Janet Vance | Dennis Friedman, Ross Hallock, Mitchell Karlan, David Alexander | Attorney/Client Communication |
| 457. | 6/22/05 | Email | AMC – Greg Wagner | Ekkehart Hassels-Weiler | Mitchell Karlan | Tim Rogers, David Alexander | Attorney/Client Communication |

58

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 458. | 8/11/05 | Email | AMC – estimate of Amounts Outstanding under Credit Agmt. (as of 8/8/05) | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss, Richard Falek | Attorney/ Client Communication |
| 459. | 6/2/05 | Email | AMC – Notice of Acceleration and Demand on Guaranty | Joseph Furst | Ben LeSueur | Ekkehart Hassels-Weiler, Mitchell Karlan, Janet Weiss, Richard Falek | Attorney/ Client Communication |
| 460. | 6/2/05 | Email | AMC – Draft Notice of Acceleration and Demand on Guaranty (6/2/05) | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss | Attorney/ Client Communication |
| 461. | 7/1/05 | Email | AMC – Draft Letter to Northern Trust | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss | Attorney/ Client Communication |
| 462. | 5/27/05 | Email | AMC – Draft Karlan Affirmation (5/27/05) | Joseph Furst | Ekkehart Hassels-Weiler, Janet Vance, Janet Weiss | Mitchell Karlan | Attorney/ Client Communication |
| 463. | 6/3/05 | Email | AMC – Draft Derivative Chabra Complaint | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 464. | 7/1/05 | Email | AMC – Copy of Letter to Chabra's Counsel (6/1/05) | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss | Attorney/ Client Communication |

59

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 465. | 6/1/05 | Email | AMC – Copy of Letter to AMC's Counsel (6/1/05) | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss | Attorney/ Client Communication |
| 466. | 5/25/05 | Email | AMC – Copy of Filed Memo of Law in Support of Chabra OTSC | Joseph Furst | Ekkehart Hassels-Weiler, Mitchell Karlan, Dennis Friedman, Janet Weiss, Barbara Becker | | Attorney/ Client Communication |
| 467. | 5/30/05 | Email | AMC – Copy of Filed Assignee Affidavit (Yann Geron) | Joseph Furst | Ekkehart Hassels-Weiler, Mitchell Karlan, Dennis Friedman, Janet Weiss, Janet Vance | | Attorney/ Client Communication |
| 468. | 5/24/05 | Email | AMC – Copy Chabra Order to Show Cause (5/24/05) | Joseph Furst | Ekkehart Hassels-Weiler, David Alexander, Dennis Friedman, Mitchell Karlan, Janet Weiss, Stephen Bell, Douglas Brickley | | Attorney/ Client Communication |
| 469. | 6/20/05 | Email | AMC – Copies of KPMG Reports received by GD&C (as of 6/20/05) | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss | Attorney/ Client Communication |

60

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 470. | 5/26/05 | Email | AMC – Copies of Filed Chabra Litigation Documents to date (with amended complaint and Exhibits to Chabra Affidavits) | Joseph Furst | Ekkehart Hassels-Weiler, Mitchell Karlan, Dennis Friedman, Janet Weiss, Barbara Becker, Ross Hallock, Oliver Olanoff | | Attorney/Client Communication |
| 471. | 6/1/05 | Email | AMC – Copies of Chabra's Reply Papers | Joseph Furst | Ekkehart Hassels-Weiler, Mitchell Karlan, Janet Weiss, Dennis Friedman, Richard Falek | | Attorney/Client Communication |
| 472. | 5/24/05 | Email | AMC – Board Resolutions and Assignment for Benefit of Creditors | Joseph Furst | Ekkehart Hassels-Weiler, David Alexander, Dennis Friedman, Mitchell Karlan, Janet Weiss, Barbara Becker, Stephen Bell, Douglas Brickley | | Attorney/Client Communication |
| 473. | 8/22/05 | Email | AMC – Assignee Request to make Insurance Payments (to cover auction period) | Joseph Furst | Ekkehart Hassels-Weiler, Hyeon Lee | Janet Weiss, Mitchell Karlan | Attorney/Client Communication |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 474. | 6/8/05 | Email | AMC – Israels | Ekkehart Hassels-Weiler | Mitchell Karlan | * | Attorney/ Client Communication |
| 475. | 8/22/05 | Email | Affidavit – Eugenia VI (8/22/05) | Night Fax email Gateway | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 476. | 6/10/05 | Email | Novak TRO | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 477. | 5/17/05 | Email | 3rd Proposal AMC | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 478. | 5/9/05 | Email | AMC – KPMG Retainer Letter | Ekkehart Hassels-Weiler | Stephen Bell R. Girganti | Janet Weiss Mitchell Karlan David Alexander | Work Product |
| 479. | 7/1/05 | Email | AMC – KPMG Analysis of Diverted Funds | Ekkehart Hassels-Weiler | Mitchell Karlan Janet Weiss | Tim Rogers | Attorney/ Client Communication |
| 480. | 8/17/05 | Email | Eagle Advisors "will not respond" | Mitchell Karlan | Richard Falek Joseph Furst Janet Weiss Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 481. | 7/25/05 | Email | Draft Affidavit | Hyeon Lee | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 482. | 8/2/05 | Email | Customer Letter | Richard Falek | Ekkehart Hassels-Weiler | Mitchell Karlan Janet Weiss Joseph Furst | Attorney/ Client Communication |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 483. | 5/6/05 | Email | KPMG contact information | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 484. | 5/6/05 | Email | KPMG contact information | Janet Weiss | Ekkehart Hassels-Weiler | David Alexander | Attorney/Client Communication |
| 485. | 6/23/05 | Email | Bessemer Trust Company – invoice | Ekkehart Hassels-Weiler | Stephen Bell | Ben LeSueur | Work Product |
| 486. | 6/17/05 | Email | AMC – Further Developments (overlease attached) | Mitchell Karlan | Janet Weiss | Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 487. | 6/16/05 | Email | AMC – development | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 488. | 5/6/05 | Email | AMC Management | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 489. | 5/5/05 | Email | AMC Loans | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 490. | 5/5/05 | Email | AMC Loans | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 491. | 5/17/05 | Email | AMC Letter of Intent | Janet Weiss | Barbara Becker Mitchell Karlan Joseph Furst | Dennis Friedman David Alexander Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 492. | 6/3/05 | Email | AMC June 13th, 10 am Shareholders Meeting | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |

63

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 493. | 6/3/05 | Email | AMC June 13th, 10 am Shareholders Meeting | Mitchell Karlan | Ekkehart Hassels-Weiler | * | Attorney/ Client Communication |
| 494. | 6/3/05 | Email | AMC June 13th, 10 am Shareholders Meeting | Ekkehart Hassels-Weiler | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 495. | 6/6/05 | Email | AMC Investors Chart | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 496. | 6/4/05 | Email | AMC Damage Amount | Ekkehart Hassels-Weiler | Stephen Bell | | Work Product |
| 497. | 5/18/05 | Email | AMC Letter of Intent | Janet Weiss | Barbara Becker Mitchell Karlan Joseph Furst | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 498. | 5/24/05 | Email | AMC – Chester Solomon response | Joseph Furst | Ekkehart Hassels-Weiler | David Alexander Mitchell Karlan Janet Weiss Barbara Becker Dennis Friedman | Attorney/ Client Communication |
| 499. | 5/25/05 | Email | AMC Computer Corp. | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 500. | 6/23/05 | Email | AMC Computer Corp. | Mitchell Karlan | Ekkehart Hassels-Weiler Dennis Friedman | | Attorney/ Client Communication |
| 501. | 5/25/05 | Email | AMC Computer Corp. | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |

64

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 502. | 5/27/05 | Email | AMC (Sonny's email) | Mitchell Karlan | Ekkehart Hassels-Weiler David Alexander | Dennis Friedman Janet Weiss | Attorney/ Client Communication |
| 503. | 8/11/05 | Email | AMC – Copy of Defendants' First request for production of documents | Ben LeSueur | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 504. | 8/15/05 | Email | Copy of Karlan's 8/8/05 to Sunny Bindra | Richard Falek | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 505. | 8/21/05 | Email | Eugenia VI-as discussed | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 506. | 6/4/05 | Email | Privileged – AMC Corp and Engagement Letter Logistics | Ekkehart Hassels-Weiler | David Alexander Tim Rogers | | Reflecting Advice of Counsel |
| 507. | 6/4/05 | Email | Privileged – Request for Borrowing Base and Location Information | Ekkehart Hassels-Weiler | David Alexander Tim Rogers | | Reflecting Advice of Counsel |
| 508. | 5/5/05 | Email | Observer at Board Meeting | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |

65

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 509. | 6/24/05 | Email | Attached 6/23/05 Letter from Teddy Klinghoffer to Mitchell Karlan | Mitchell Karlan | Ekkehart Hassels-Weiler | ' | Attorney/Client Communication |
| 510. | 5/26/05 | Email | KPMG PowerPoint for Affidavit | Mitchell Karlan | Ekkehart Hassels-Weiler David Alexander | | Attorney/Client Communication |
| 511. | 6/27/05 | Email | Kamal Bharaani | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/Client Communication |
| 512. | 6/21/05 | Email | Information – Checks registers for payments to the Chabras | Mitchell Karlan | Ekkehart Hassels-Weiler David Alexander | Dennis Friedman | Attorney/Client Communication |
| 513. | 7/1/05 | Email | AMC – KPMG Analysis of Diverted Funds | Tim Rogers | Ekkehart Hassels-Weiler David Alexander | David Alexander | Reflecting Advice of Counsel |
| 514. | 6/24/05 | Email | Final Offer | Mitchell Karlan | Ekkehart Hassels-Weiler David Alexander | Dennis Friedman | Attorney/Client Communication |
| 515. | 6/1/05 | Email | AMC – Letter to Customers | David Alexander | Ekkehart Hassels-Weiler David Alexander | | Reflecting Advice of Counsel |
| 516. | 7/15/05 | Email | Eugenia v. Chabra (Third Party Complaint) | Mitchell Karlan | Ekkehart Hassels-Weiler David Alexander | Dennis Friedman | Attorney/Client Communication |

66

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 517. | 6/6/05 | Email | Eugenia II – PCM | David Alexander | Ekkehart Hassels-Weiler David Alexander | ' | Reflecting Advice of Counsel |
| 518. | 8/15/05 | Email | Eugenia Complaint | Richard Falek | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 519. | 8/26/05 | Email | Emailing, Eugenia v. Glaser (Affidavit) | Richard Falek | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 520. | 5/25/05 | Email | AMC Litigation | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 521. | 6/4/05 | Email | AMC Damage Amount | Stephen Bell | Ekkehart Hassels-Weiler | | Work Product |
| 522. | 6/4/05 | Email | AMC Damage Amount | Ekkehart Hassels-Weiler | Stephen Bell | | Work Product |
| 523. | 5/27/05 | Email | AMC (Sonny's offer) | Janet Weiss | Mitchell Karlan | Ekkehart Hassels-Weiler Dennis Friedman David Alexander | Attorney/ Client Communication |
| 524. | 5/27/05 | Email | AMC (Sonny's offer) | Ekkehart Hassels-Weiler | Janet Weiss Mitchell Karlan | Dennis Friedman David Alexander | Attorney/ Client Communication |
| 525. | 5/27/05 | Email | AMC (Sonny's offer) | Mitchell Karlan | Ekkehart Hassels-Weiler | David Alexander | Attorney/ Client Communication |
| 526. | 6/22/05 | Email | AMC Audit Letters | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |

67

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 527. | 6/9/05 | Email | AMC and GE Capital | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/Client Communication |
| 528. | 5/6/05 | Email | AMC Conference Call | Janet Weiss | Janet Vance David Alexander Ekkehart Hassels-Weiler | Mitchell Karlan Ross Hallock | Attorney/Client Communication |
| 529. | 5/6/05 | Email | AMC Conference Call | Mitchell Karlan | Janet Weiss Janet Vance Ekkehart Hassels-Weiler David Alexander | Ross Hallock | Attorney/Client Communication |
| 530. | 5/6/05 | Email | AMC Conference Call | Mitchell Karlan | Janet Weiss Janet Vance Ekkehart Hassels-Weiler David Alexander | Ross Hallock | Attorney/Client Communication |
| 531. | 5/6/05 | Email | AMC Conference Call | Mitchell Karlan | Janet Weiss Janet Vance Ekkehart Hassels-Weiler David Alexander | Ross Hallock | Attorney/Client Communication |
| 532. | 5/8/05 | Email | AMC – Mitchell Karlan information | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney Client Communication |
| 533. | 6/1/05 | Email | AMC – Chapter 7 Filing | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |

68

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 534. | 6/1/05 | Email | AMC – Chapter 7 Filing | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 535. | 6/7/05 | Email | AMC – (Sonny) | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 536. | 6/7/05 | Email | AMC – (Sonny) | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 537. | 6/7/05 | Email | AMC – (Sonny) | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 538. | 6/8/05 | Email | AMC | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 539. | 6/9/05 | Email | AMC (GE) | Mitchell Karlan | Ekkehart Hassels-Weiler | Janet Vance | Attorney/ Client Communication |
| 540. | 6/15/05 | Email | AMC | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 541. | 6/15/05 | Email | AMC (Comments on draft complaint) | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 542. | 6/20/05 | Email | AMC (Maplewood's Financials) | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 543. | 5/7/05 | Email | AMC – Weekend conference call with KPMG | Janet Vance | Ekkehart Hassels-Weiler | Janet Weiss | Attorney/Client Communication |
| 544. | 5/57/05 | Email | AMC – Weekend conference call with KPMG | Ekkehart Hassels-Weiler | Janet Vance | | Attorney/Client Communication |
| 545. | 5/8/05 | Email | AMC – Weekend conference call with KPMG | Janet Vance | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/Client Communication |
| 546. | 5/5/05 | Email | AMC – Urgent | Ekkehart Hassels-Weiler | Janet Vance | David Alexander | Attorney/Client Communication |
| 547. | 8/23/05 | Email | AMC – Update on Assignee Request to make Insurance Payments | Ekkehart Hassels-Weiler | Joseph Furst | | Attorney/Client Communication |
| 548. | 8/23/05 | Email | AMC – Update on Assignee Request to make Insurance Payments | Joseph Furst | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 549. | 8/26/05 | Email | Status of Eugenia Document Production from First document request (8/25/05) | Richard Falek | Ben LeSueur | Ekkehart Hassels-Weiler | Attorney/Client Communication |

70

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 550. | 8/26/05 | Email | Status of Eugenia Document Production from First document request (8/25/05) | Ben LeSueur | Richard Falek | Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 551. | 7/1/05 | Email | AMC – Ron Augustin service address | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan Tim Rogers | Attorney/Client Communication |
| 552. | 7/1/05 | Email | AMC – Ron Augustin service address | Tim Rogers | Joseph Furst | Mitchell Karlan Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 553. | 7/1/05 | Email | AMC – Ron Augustin service address | Joseph Furst | Tim Rogers | Mitchell Karlan Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 554. | 6/21/05 | Email | AMC – Retainer Payment | David Alexander | Stephen Bell | Ekkehart Hassels-Weiler | Work Product |
| 555. | 6/21/05 | Email | AMC – Retainer Payment | Stephen Bell | David Alexander | Ekkehart Hassels-Weiler | Work Product |
| 556. | 6/3/05 | Email | AMC – Notice of Acceleration and Demand on Guaranty | Ben LeSueur | Joseph Furst | Ekkehart Hassels-Weiler, Mitchell Karlan, Janet Weiss, Richard Falek | Attorney/Client Communication |

71

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 557. | 6/3/05 | Email | AMC – Notice of Acceleration and Demand on Guaranty | Joseph Furst | Ben LeSueur | Ekkehart Hassels-Weiler, Mitchell Karlan, Janet Weiss, Richard Falek | Attorney/Client Communication |
| 558. | 6/3/05 | Email | AMC – Notice of Acceleration and Demand on Guaranty | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 559. | 5/6/05 | Email | AMC – Meserow | Janet Vance | Ekkehart Hassels-Weiler | David Alexander | Attorney/Client Communication |
| 560. | 7/6/05 | Email | AMC – Lockbox Activity through July 5, 2005 | Tim Rogers | Theron Taggart | Ekkehart Hassels-Weiler | Work Product |
| 561. | 6/30/05 | Email | AMC – Letter to Top AMC Customers (w/ 6/28 court transcript) | Ekkehart Hassels-Weiler | Joseph Furst | Mitchell Karlan, Janet Weiss, Richard Falek | Attorney/Client Communication |
| 562. | 7/6/05 | Email | AMC – KPMG May 2005 Fee Detail | Ekkehart Hassels-Weiler | Joseph Furst | Mitchell Karlan, Janet Weiss | Attorney/Client Communication |
| 563. | 5/6/05 | Email | AMC – Interim Management – Corporate Recovery | Janet Vance | Ekkehart Hassels-Weiler | Dennis Friedman, Ross Hallock, Mitchell Karlan, David Alexander | Attorney/Client Communication |

72

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 564. | 6/21/05 | Email | Israel Arbitration – New Correspondence from Sklover | Richard Falek | Hyeon Lee, Mitchell Karlan | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 565. | 6/7/05 | Email | Israel Arbitration | Mitchell Karlan | Hyeon Lee, Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 566. | 6/9/05 | Email | Subpoena from Sklover | Hyeon Lee | Mitchell Karlan, Richard Falek | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 567. | 6/8/05 | Email | Sklover | Hyeon Lee | Scott Kislin | | Attorney/ Client Communication |
| 568. | 6/7/05 | Email | Israel's Arbitration | Hyeon Lee | Mitchell Karlan, Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 569. | 5/26/05 | Email | Privileged Attorney/Client Communication | Hyeon Lee | Mitchell Karlan | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 570. | 5/26/05 | Email | Privileged Attorney/Client Communication | Hyeon Lee | Dennis Friedman | | Attorney/ Client Communication |
| 571. | 6/21/05 | Email | Israel Arbitration – New Correspondence from Sklover | Hyeon Lee | Mitchell Karlan, Richard Falek | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 572. | 6/28/05 | Email | Settlement Offer | Ekkehart Hassels-Weiler | Mitchell Karlan | Janet Weiss, Dennis Friedman | Attorney/ Client Communication |

73

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 573. | 6/28/05 | Email | Settlement Offer | Mitchell Karlan | Ekkehart Hassels-Weiler | Janet Weiss, Dennis Friedman | Attorney/ Client Communication |
| 574. | 6/28/05 | Email | Settlement Offer | Janet Weiss | Ekkehart Hassels-Weiler, Mitchell Karlan | Dennis Friedman | Attorney/ Client Communication |
| 575. | 8/22/05 | Email | Conference Call | Richard Falek | Ekkehart Hassels-Weiler, Ben LeSueur | Hyeon Lee, Mitchell Karlan | Attorney/ Client Communication |
| 576. | 8/22/05 | Email | Conference Call | Ekkehart Hassels-Weiler | Richard Falek | Hyeon Lee, David Alexander, Ben LeSueur | Attorney/ Client Communication |
| 577. | 8/22/05 | Email | Conference Call | Richard Falek | Ekkehart Hassels-Weiler | Hyeon Lee, David Alexander, Ben LeSueur | Attorney/ Client Communication |
| 578. | 8/22/05 | Email | Conference Call | Ekkehart Hassels-Weiler | Richard Falek | Hyeon Lee, David Alexander, Ben LeSueur | Attorney/ Client Communication |
| 579. | 8/21/05 | Email | Conference Call | Ekkehart Hassels-Weiler | Ben LeSueur | Mitchell Karlan, Hyeon Lee, Richard Falek | Attorney/ Client Communication |
| 580. | 8/15/05 | Email | AMC Customer Letter | Ekkehart Hassels-Weiler | Richard Falek | Mitchell Karlan | Attorney/ Client Communication |
| 581. | 8/15/05 | Email | AMC Customer Letter | Richard Falek | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |

74

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 582. | 6/7/05 | Email | Robert Reale/AMC (Guarantors) | Mitchell Karlan | Ekkehart Hassels-Weiler | ' | Attorney/ Client Communication |
| 583. | 6/7/05 | Email | Robert Reale/AMC (Guarantors) | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 584. | 6/7/05 | Email | Robert Reale/AMC (Guarantors) | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 585. | 6/7/05 | Email | Robert Reale/AMC (Guarantors) | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 586. | 5/20/05 | Email | Revised Draft AMC Letter of Intent (5/19/05) | Ekkehart Hassels-Weiler | Joseph Furst | David Alexander, Janet Weiss, Barbara Becker, Mitchell Karlan, Dennis Friedman | Attorney/ Client Communication |
| 587. | 5/20/05 | Email | Revised Draft AMC Letter of Intent (5/19/05) | Ekkehart Hassels-Weiler | Janet Weiss | | Attorney/ Client Communication |
| 588. | 5/20/05 | Email | Revised Draft AMC Letter of Intent (5/19/05) | Janet Weiss | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 589. | 5/19/05 | Email | Retainer for Services | Ekkehart Hassels-Weiler | Stephen Bell | Barbara Becker | Work Product |
| 590. | 5/19/05 | Email | Retainer for Services | Ekkehart Hassels-Weiler | Stephen Bell | Barbara Becker | Work Product |

75

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 591. | 5/19/05 | Email | Retainer for Services | Barbara Becker | Ekkehart Hassels-Weiler | ' | Attorney/ Client Communication |
| 592. | 6/22/05 | Email | Reale Derivative Complaint | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 593. | 8/5/05 | Email | Eugenia VI – as Discussed | Richard Falck | Ben LeSueur | Mitchell Karlan, Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 594. | 8/11/05 | Email | Eugenia VI – as Discussed | Richard Falck | Ben LeSueur | Mitchell Karlan, Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 595. | 8/17/05 | Email | Eugenia VI – as Discussed | Ekkehart Hassels-Weiler | Ben LeSueur | Edward Smith, David Alexander | Reflecting Advice of Counsel |
| 596. | 8/8/05 | Email | Question Re: AMC | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 597. | 5/27/05 | Email | Proposed meeting in New York | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 598. | 5/27/05 | Email | Proposed meeting in New York | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 599. | 8/23/05 | Email | Proposed Conference Call | Ben LeSueur | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 600. | 8/23/05 | Email | Proposed Conference Call | Richard Falck | Ben LeSueur | David Alexander | Attorney/ Client Communication |

76

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 601. | 8/24/05 | Email | Proposed Conference Call | Richard Falek | Ben LeSueur, Ekkehart Hassels-Weiler | David Alexander, Hyeon Lee, Mitchell Karlan | Attorney/Client Communication |
| 602. | 8/24/05 | Email | Proposed Conference Call | Ekkehart Hassels-Weiler | Richard Falek, Ben LeSueur | David Alexander, Hyeon Lee | Attorney/Client Communication |
| 603. | 8/25/05 | Email | Proposed Conference Call | Richard Falek | Ekkehart Hassels-Weiler, Ben LeSueur | David Alexander, Hyeon Lee | Attorney/Client Communication |
| 604. | 5/17/05 | Email | Proposal Worth Taking a Few Minutes to Review | Mitchell Karlan | Janet Weiss, Ekkehart Hassels-Weiler, David Alexander, Joseph Furst, Stephen Bell | Dennis Friedman | Attorney/Client Communication |
| 605. | 5/17/05 | Email | Proposal Worth Taking a Few Minutes to Review | Mitchell Karlan | Janet Weiss, Ekkehart Hassels-Weiler, David Alexander, Joseph Furst, Stephen Bell | Dennis Friedman | Attorney/Client Communication |
| 606. | 5/17/05 | Email | Proposal Worth Taking a Few Minutes to Review | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss, David Alexander, Joseph Furst, Stephen Bell | Dennis Friedman | Attorney/Client Communication |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 607. | 5/17/05 | Email | Proposal Worth Taking a Few Minutes to Review | Mitchell Karlan | Janet Weiss, Ekkehart Hassels-Weiler, David Alexander, Joseph Furst, Stephen Bell | Dennis Friedman | Attorney/Client Communication |
| 608. | 5/13/05 | Email | Proposal for Sonny's Investor for AMC | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan | Dennis Friedman, Joseph Furst, David Alexander, Stephen Bell | Attorney/Client Communication |
| 609. | 5/15/05 | Email | Proposal from Growth Capital Partners | Ekkehart Hassels-Weiler | Janet Weiss, David Alexander, Stephen Bell, Mitchell Karlan, Joseph Furst | Dennis Friedman | Attorney/Client Communication |
| 610. | 5/10/05 | Email | Privileged-Proposal Work Plan – AMC Corp. and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell, Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | Richard Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 611. | 5/10/05 | Email | Privileged-Draft Engagement Letter and Standard Terms and Conditions for AMC Engagement | Ekkehart Hassels-Weiler | Stephen Bell, Barbara Becker | Janet Weiss, David Alexander | Work Product |

78

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 612. | 6/4/05 | Email | Privileged-Proposal Work Plan – AMC Coop and Engagement Letter Logistics | Ekkehart Hassels-Weiler | Stephen Bell | | Work Product |
| 613. | 5/10/05 | Email | Privileged-Proposal Work Plan – AMC Coop and Engagement Letter Logistics | Stephen Bell | Mitchell Karlan, Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | Richard Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 614. | 5/10/05 | Email | Privileged-Proposal Work Plan – AMC Coop and Engagement Letter Logistics | Stephen Bell | Mitchell Karlan, Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | Richard Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 615. | 6/4/05 | Email | Privileged-Proposal Work Plan – AMC Coop and Engagement Letter Logistics | Stephen Bell | Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | | Work Product |
| 616. | 6/4/05 | Email | Privileged-Proposal Work Plan – AMC Coop and Engagement Letter Logistics | Ekkehart Hassels-Weiler | Stephen Bell, Mitchell Karlan, Janet Weiss, David Alexander | | Work Product |

79

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 617. | 6/4/05 | Email | Privileged-Proposal Work Plan – AMC Coop and Engagement Letter Logistics | Stephen Bell | Ekkehart Hassels-Weiler | | Work Product |
| 618. | 5/10/05 | Email | Privileged-Proposal Work Plan – AMC Coop and Engagement Letter Logistics | Stephen Bell | Mitchell Karlan, Ekkehart Hassels-Weiler, Janet Weiss, David Alexander | Richard Girgenti, Douglas Brickley, Theron Taggart, Dennis Friedman | Work Product |
| 619. | 6/7/05 | Email | Robert Reale/AMC | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/Client Communication |
| 620. | 5/19/05 | Email | Revised Draft AMC Computer Corp. Letter of Intent (5/19/05) | Joseph Furst | Ekkehart Hassels-Weiler | David Alexander, Janet Weiss, Barbara Becker, Mitchell Karlan | Attorney/Client Communication |
| 621. | 5/16/05 | Email | Retainer for Services | Stephen Bell | Ekkehart Hassels-Weiler | Mitchell Karlan, David Alexander, Janet Weiss | Work Product |
| 622. | 6/20/05 | Email | Reale Derivative Complaint | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 623. | 5/11/05 | Email | Update Board Meeting and Potential Offer | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan, Maria Santa, Stephen Bell, Janet Vance, Joseph Furst | Dennis Friedman, David Alexander | Attorney/Client Communication |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 624. | 5/11/05 | Email | Update Board Meeting and Potential Offer | Janet Vance | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 625. | 5/11/05 | Email | Update Board Meeting and Potential Offer | Janet Vance | Ekkehart Hassels-Weiler, Mitchell Karlan, Maria Santa, Stephen Bell, Janet Vance, Joseph Furst | Dennis Friedman, David Alexander | Attorney/ Client Communication |
| 626. | 5/11/05 | Email | Update Board Meeting and Potential Offer | Ekkehart Hassels-Weiler | Janet Vance, Mitchell Karlan | Dennis Friedman, David Alexander, Janet Vance, Maria Santa, Joseph Furst, Stephen Bell | Attorney/ Client Communication |
| 627. | 5/9/05 | Email | Update Re AMC | David Alexander | Mitchell Karlan | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 628. | 5/9/05 | Email | Update Re AMC | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 629. | 5/9/05 | Email | Update Re AMC | Janet Weiss | Mitchell Karlan, David Alexander, Stephen Bell, Ekkehart Hassels-Weiler, Richard Girganti | | Attorney/ Client Communication |

81

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 630. | 5/9/05 | Email | Update Re AMC | Ekkehart Hassels-Weiler | David Alexander | ' | Reflecting Advice of Counsel |
| 631. | 5/20/05 | Email | Update on Response to Buster Glosson's Letter (5/20/05) | Joseph Furst | Janet Weiss, Ekkehart Hassels-Weiler | Mitchell Karlan, Barbara Becker | Attorney/Client Communication |
| 632. | 5/20/05 | Email | Update on Response to Buster Glosson's Letter (5/20/05) | Mitchell Karlan | Ekkehart Hassels-Weiler, Janet Weiss | Barbara Becker, Joseph Furst | Attorney/Client Communication |
| 633. | 5/20/05 | Email | Update on Response to Buster Glosson's Letter (5/20/05) | Janet Weiss | Joseph Furst, Ekkehart Hassels-Weiler | Mitchell Karlan, Barbara Becker | Attorney/Client Communication |
| 634. | 5/20/05 | Email | Update on Response to Buster Glosson's Letter (5/20/05) | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan | Barbara Becker, Joseph Furst | Attorney/Client Communication |
| 635. | 5/27/05 | Email | Update on AMC Opposition Papers | Mitchell Karlan | Joseph Furst | Ekkehart Hassels-Weiler, David Alexander | Attorney/Client Communication |
| 636. | 6/13/05 | Email | Update on AMC | Ekkehart Hassels-Weiler | Janet Weiss | Mitchell Karlan, Dennis Friedman | Attorney/Client Communication |

82

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 637. | 6/13/05 | Email | Update on AMC | Dennis Friedman | Ekkehart Hassels-Weiler, Janet Weiss | Mitchell Karlan | Attorney/ Client Communication |
| 638. | 6/13/05 | Email | Update on AMC | Ekkehart Hassels-Weiler | Dennis Friedman, Janet Weiss | Mitchell Karlan | Attorney/ Client Communication |
| 639. | 6/14/05 | Email | Update on AMC | Mitchell Karlan | Ekkehart Hassels-Weiler, Janet Weiss | Dennis Friedman | Attorney/ Client Communication |
| 640. | 6/14/05 | Email | Update on AMC | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 641. | 6/14/05 | Email | Update on AMC | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 642. | 6/14/05 | Email | Update on AMC | Ekkehart Hassels-Weiler | Mitchell Karlan | Janet Weiss, Dennis Friedman | Attorney/ Client Communication |
| 643. | 6/14/05 | Email | Update on AMC | Mitchell Karlan | Ekkehart Hassels-Weiler | Janet Weiss, Dennis Friedman | Attorney/ Client Communication |
| 644. | 6/14/05 | Email | Update on AMC | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 645. | 6/2/05 | Email | US District Court (comments on draft complaint) | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 646. | 6/2/05 | Email | US District Court (comments on draft complaint) | Mitchell Karlan | Ekkehart Hassels-Weiler | Joseph Furst | Attorney/Client Communication |
| 647. | 6/2/05 | Email | US District Court (comments on draft complaint) | Joseph Furst | Mitchell Karlan, Ekkehart Hassels-Weiler | Richard Falek | Attorney/Client Communication |
| 648. | 6/3/05 | Email | Today re AMC (actions taken) | Ekkehart Hassels-Weiler | Mitchell Karlan | Janet Weiss, Dennis Friedman, Aaron Bazile | Attorney/Client Communication |
| 649. | 6/10/05 | Email | Subpoena from Sklover | Richard Falek | Hyeon Lee | Ekkehart Hassels-Weiler, Mitchell Karlan | Attorney/Client Communication |
| 650. | 7/6/05 | Email | Stipulation authority Trustee for AMC | Ekkehart Hassels-Weiler | Janet Weiss | Mitchell Karlan | Attorney/Client Communication |
| 651. | 7/6/05 | Email | Stipulation authority Trustee for AMC | Janet Weiss | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/Client Communication |
| 652. | 6/16/05 | Email | Spam AMC Offer | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/Client Communication |
| 653. | 6/19/05 | Email | "weekend meetings" Maplewood suites | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 654. | 6/20/05 | Email | Various AMC Settlement Offers | Ekkehart Hassels-Weiler | Janet Weiss | Dennis Friedman, Mitchell Karlan, David Alexander | Attorney/Client Communication |

84

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 655. | 5/11/05 | Email | Update Re Board Meeting and Potential Offer | Janet Weiss | David Alexander, Mitchell Karlan, Ekkehart Hassels-Weiler, Maria Santa, Stephen Bell, Janet Vance, Joseph Furst | Dennis Friedman | Attorney/ Client Communication |
| 656. | 5/20/05 | Email | Update on Response to Buster Glosson's Letter (5/20/05) | Joseph Furst | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss, Barbara Becker | Attorney/ Client Communication |
| 657. | 5/27/05 | Email | Update on AMC Opposition Papers (5/27/05) | Joseph Furst | Mitchell Karlan | Ekkehart Hassels-Weiler, David Alexander | Attorney/ Client Communication |
| 658. | 6/13/05 | Email | Update on AMC | Janet Weiss | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 659. | 5/6/05 | Email | "good time to spend?" | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 660. | 5/8/05 | Email | "good time to spend?" | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 661. | 5/17/05 | Email | Latest proposal to acquire AMC | Dennis Friedman | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 662. | 5/19/05 | Email | Receivables arriving outside lockbox question | Mitchell Karlan | Stephen Bell | Janet Weiss, Douglas Buckley, Joseph Furst | Work Product |

85

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 663. | 6/2/05 | Email | Sonny information | Mitchell Karlan | Ekkehart Hassels-Weiler, Dennis Friedman | · | Attorney/Client Communication |
| 664. | 6/7/05 | Email | Copy of 4th Complaint against AMC for simple breach | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 665. | 6/9/05 | Email | Eugenia entity name question | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 666. | | Email | Details of Teddy and Sonny Bindra's offer | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 667. | 6/24/05 | Email | Questions about Joseph D'Agrosa | Mitchell Karlan | Ekkehart Hassels-Weiler, Dennis Friedman, Barbara Becker | | Attorney/Client Communication |
| 668. | 6/29/05 | Email | Ownership of the Guarantors Question | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 669. | 6/30/05 | Email | Conference in Mineola State Court Case | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 670. | 7/6/05 | Email | GD&C's existing Billing Number | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 671. | 7/8/05 | Email | Casita/Eugenia | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |

86

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 672. | 8/10/05 | Email | AMC – Draft A/R Payment Reconciliation Chart; with KPMG related analysis | Mitchell Karlan | Ekkehart Hassels-Weiler | * | Attorney/ Client Communication |
| 673. | 6/3/05 | Email | activities taken 6/3/05 | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 674. | 7/8/05 | Email | Stipulation with Yann Geron is agreed to | Janet Weiss | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 675. | 7/8/05 | Email | Revised Stipulation with Yann Geron as Receiver | Janet Weiss | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 676. | 7/5/05 | Email | Stipulation with Trustee for AMC | Janet Weiss | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 677. | 6/16/05 | Email | AMC Offer | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 678. | 5/26/05 | Email | Sklover Letter Re: AMC Litigation | Right Fax email Gateway | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 679. | 7/26/05 | Email | Comments on affidavit | Hyeon Lee | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 680. | 6/16/05 | Email | AMC Competition – attached Order to Show Cause | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 681. | 5/6/05 | Email | AMC Board Meeting of 5/6/05, access to AMC, Corporate recovery firm | Ekkehart Hassels-Weiler | Dennis Friedman | | Attorney/ Client Communication |
| 682. | 6/22/05 | Email | AMC Audit Letters | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 683. | 5/8/05 | Email | AMC | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 684. | 5/20/05 | Email | AMC KSJ's final offer | Ekkehart Hassels-Weiler | Joseph Furst | | Attorney/ Client Communication |
| 685. | 5/20/05 | Email | AMC Follow-Up | Ekkehart Hassels-Weiler | Janet Weiss | | Attorney/ Client Communication |
| 686. | 6/17/05 | Email | Panon Realty Issues – Lease and Bills | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 687. | 5/5/05 | Email | AMC – URGENT Sonny's Termination | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 688. | 5/5/05 | Email | AMC – URGENT Sonny's Termination | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |

88

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 689. | 6/23/05 | Email | AMC – support for KPMG Invoice thru May 31, 2005 | Ekkehart Hassels-Weiler | Mitchell Karlan | * | Attorney/ Client Communication |
| 690. | 6/17/05 | Email | AMC – Outstanding Obligations Under AMC Credit Agreement (for 404 settlement purposes only) | Mitchell Karlan | Ekkehart Hassels-Weiler, David Alexander | | Attorney/ Client Communication |
| 691. | 8/22/05 | Email | AMC – Final LeSueur Declaration in Support of Opposition Papers | Richard Falek | Ekkehart Hassels-Weiler | Hyeon Lee, David Alexander | Attorney/ Client Communication |
| 692. | 8/16/05 | Email | MAC – Eugenia Lockbox Report (8/15/05) | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 693. | 8/21/05 | Email | AMC – Draft LeSueur Declarations in Support of Eugenia Opposition Papers | Ekkehart Hassels-Weiler | David Alexander | Hyeon Lee, Ben LeSueur | Reflecting Advice of Counsel |
| 694. | 8/17/05 | Email | AMC – Draft LeSueur Declarations in Support of Eugenia Opposition Papers | Ben LeSueur | Ekkehart Hassels-Weiler | Steven Williamson, Edward Smith | Reflecting Advice of Counsel |

89

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 695. | 6/16/06 | Email | Draft KPMG Declaration in Support of Motion to Convert | Mitchell Karlan | Ekkehart Hassels-Weiler | ' | Attorney/Client Communication |
| 696. | 6/6/05 | Email | AMC – Draft Guarantor Complaint | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/Client Communication |
| 697. | 5/6/05 | Email | AMC Interim Management – Corporate Recovery | Ekkehart Hassels-Weiler | Janet Vance | Dennis Friedman, Ross Hallock, Mitchell Karlan, David Alexander | Attorney/Client Communication |
| 698. | 8/22/05 | Email | AMC – Final LeSueur Declaration in Support of Opposition Papers | Richard Falek | Ben LeSueur, Ekkehart Hassels-Weiler | Hyeon Lee, David Alexander | Attorney/Client Communication |
| 699. | 8/22/05 | Email | AMC – Final LeSueur Declaration in Support of Opposition Papers | Ekkehart Hassels-Weiler | Richard Falek, Ben LeSueur | Hyeon Lee, David Alexander | Attorney/Client Communication |
| 700. | 8/11/05 | Email | AMC – Estimate of Amounts Outstanding Cender Credit Agreement (as of 8/8/05) | Mitchell Karlan | Joseph Furst, Ekkehart Hassels-Weiler | Janet Weiss, Dennis Friedman | Attorney/Client Communication |

90

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 701. | 6/2/05 | Email | AMC –Draft Notice of Acceleration and Demand on Guaranty (6/2/05) | Ekkehart Hassels-Weiler | Joseph Furst | Mitchell Karlan, Janet Weiss | Attorney/ Client Communication |
| 702. | 6/2/05 | Email | AMC –Draft Notice of Acceleration and Demand on Guaranty (6/2/05) | Ekkehart Hassels-Weiler | Joseph Furst | Mitchell Karlan, Janet Weiss, Ben LeSueur | Attorney/ Client Communication |
| 703. | 8/21/05 | Email | AMC – Draft LeSueur Declaration in Support of Eugenia Opposition Papers | Richard Falek | Ben LeSueur | Ekkehart Hassels-Weiler, Mitchell Karlan | Attorney/ Client Communication |
| 704. | 8/17/05 | Email | AMC – Draft LeSueur Declaration in Support of Eugenia Opposition Papers | Ben LeSueur | Richard Falek | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 705. | 8/21/05 | Email | AMC – Draft LeSueur Declaration in Support of Eugenia Opposition Papers | Ekkehart Hassels-Weiler | Richard Falek, Ben LeSueur | Mitchell Karlan, Hyeon Lee, David Alexander | Attorney/ Client Communication |
| 706. | 8/17/05 | Email | AMC – Draft LeSueur Declaration in Support of Eugenia Opposition Papers | Richard Falek | Ben LeSueur | Ekkehart Hassels-Weiler | Attorney/ Client Communication |

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 707. | 8/18/05 | Email | AMC – Draft LeSueur Declaration in Support of Eugenia Opposition Papers | Richard Falek | Ben LeSueur | Ekkehart Hassels-Weiler, Mitchell Karlan | Attorney/Client Communication |
| 708. | 5/27/05 | Email | AMC – Draft Karlan affirmation (5/27/05) | Ekkehart Hassels-Weiler | Joseph Furst, Janet Vance, Janet Weiss | Mitchell Karlan | Attorney/Client Communication |
| 709. | 6/6/05 | Email | AMC – Draft Guarantor Complaint | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman | Attorney/Client Communication |
| 710. | 6/6/05 | Email | AMC – Draft Guarantor Complaint | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/Client Communication |
| 711. | 6/3/05 | Email | AMC – Draft Derivative Chabra Complaint | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman | Attorney/Client Communication |
| 712. | 6/6/05 | Email | AMC – Directors' Statement and Resignation, dated June 6, 2005 | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman | Attorney/Client Communication |
| 713. | 6/1/05 | Email | AMC – Copy of Letter to AMC's Counsel (6/1/05) | Ekkehart Hassels-Weiler | Joseph Furst | | Attorney/Client Communication |

92