| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 714. | 5/30/05 | Email | AMC – Copy of Filed Assignee Affidavit (Yann Geron) | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss | Janet Vance, Joseph Fürst, Dennis Friedman | Attorney/Client Communication |
| 715. | 5/31/05 | Email | AMC – Copy of Filed Assignee Affidavit (Yann Geron) | Mitchell Karlan | Ekkehart Hassels-Weiler, Janet Weiss | Janet Vance, Joseph Furst, Dennis Friedman | Attorney/Client Communication |
| 716. | 8/22/05 | Email | AMC – Assignee Request to make Insurance Payments (to cover auction period) | Joseph Fürst | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan, Hyeon Lee | Attorney/Client Communication |
| 717. | 8/22/05 | Email | AMC – Assignee Request to make Insurance Payments (to cover auction period) | Ekkehart Hassels-Weiler | Joseph Furst | Janet Weiss, Mitchell Karlan, Hyeon Lee | Attorney/Client Communication |
| 718. | 6/8/05 | Email | AMC / Israels | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 719. | 5/12/05 | Email | AMC / Eugenia 6 | Ekkehart Hassels-Weiler | Ben LeSueur | David Alexander | Reflecting Advice of Counsel |
| 720. | 5/12/06 | Email | AMC / Eugenia 6 | Ekkehart Hassels-Weiler | Ben LeSueur | David Alexander, Edward Smith | Reflecting Advice of Counsel |

93

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 721. | 6/3/05 | Email | AMC / Eugenia 6 | Ben LeSueur | Ekkehart Hassels-Weiler | Edward Smith | Reflecting Advice of Counsel |
| 722. | 6/3/05 | Email | AMC / Eugenia 6 | Ben LeSueur | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 723. | 6/21/05 | Email | AMC / Eugenia 6 Board Resolution | Ben LeSueur | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 724. | 6/10/05 | Email | "a good day" update | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 725. | 6/2/05 | Email | Sonny / Maplewood Information | Dennis Friedman | Mitchell Karlan, Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 726. | 6/15/05 | Email | Eugenia VI and AMC Prudential Financial Letter dated 6/10/05 attached | Ben LeSueur | Mitchell Karlan, Joseph Furst | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 727. | 8/5/05 | Email | Eugenia VI as discussed | Ben LeSueur | Richard Falek | | Attorney/ Client Communication |
| 728. | 8/17/05 | Email | Eugenia VI as discussed | Ben LeSueur | Ekkehart Hassels-Weiler | Edward Smith | Reflecting Advice of Counsel |
| 729. | 6/24/05 | Email | Joseph D'Agrosa | Dennis Friedman | Mitchell Karlan, Barbara Becker, Ekkehart Hassels-Weiler | | Attorney/ Client Communication |

94

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 730. | 5/27/05 | Email | Proposed meeting in New York | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman | Attorney/Client Communication |
| 731. | 6/6/05 | Email | Meeting on Friday, June 17 | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman | Attorney/Client Communication |
| 732. | 5/6/05 | Email | Maplewood Conflict | Ekkehart Hassels-Weiler | Dennis Friedman | | Attorney/Client Communication |
| 733. | 6/23/05 | Email | Maplewood and AMC Information | Tim Rogers | Mitchell Karlan | David Alexander, Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 734. | 6/23/05 | Email | Order to Show Cause | Richard Falek | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/Client Communication |
| 735. | 5/26/05 | Email | Pending Litigation Matters against AMC evaluation – Contract with Attorneys and Accountants | Ekkehart Hassels-Weiler | David Alexander, Hyeon Lee, Tim Rogers, David Freedman, Don Murray, Alexandra Toledo | | Attorney/Client Communication |
| 736. | 5/13/05 | Email | Proposal from Growth Capital Partners | Janet Weiss | Ekkehart Hassels-Weiler, David Alexander, Stephen Bell, Mitchell Karlan, Joseph Furst | | Attorney/Client Communication |

95

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 737. | 6/10/05 | Email | Privileges – Invoice through May 31 | Stephen Bell | Ekkehart Hassels-Weiler | Barbara Becker | Work Product |
| 738. | 5/16/05 | Email | Last Offer for AMC | Janet Weiss | Ekkehart Hassels-Weiler, David Alexander, Mitchell Karlan, Joseph Furst | | Attorney/ Client Communication |
| 739. | 6/4/05 | Email | Privileged – Request for Borrowing Base and LockBox Information | Stephen Bell | Ekkehart Hassels-Weiler | Douglas Brickley, Theron Taggart, Richard Girgenti | Work Product |
| 740. | 5/9/05 | Email | Privileged – Proposed Work Plan – AMC Corp. and Engagement Letter Logistics | Stephen Bell | Ekkehart Hassels-Weiler, Janet Weiss, Mitchell Karlan, David Alexander | Richard Girgenti, Douglas Brickley, Theron Taggart | Work Product |
| 741. | 6/10/05 | Email | Privileged Invoice through May 31 | Stephen Bell | Ekkehart Hassels-Weiler | Barbara Becker | Work Product |
| 742. | 5/26/05 | Email | Privileged Attorney / Client Communication | Hyeon Lee | Mitchell Karlan | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 743. | 5/17/05 | Email | Preferences to Maximize Value for AMC | Janet Weiss | Ekkehart Hassels-Weiler, David Alexander, Mitchell Karlan, Joseph Furst | Dennis Friedman | Attorney/ Client Communication |

96

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 744. | 5/20/05 | Email | Please call Monday | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 745. | 8/18/05 | Email | New Matter Conflict Check | Mitchell Karlan | Kenneth Nachbar | Ekkehart Hassels-Weiler, Joseph Furst, Richard Falek | Attorney/ Client Communication |
| 746. | 6/24/05 | Email | Letter to HSBC | Janet Weiss | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 747. | 6/1/05 | Email | Letter to AMC Customers | Janet Weiss | Ekkehart Hassels-Weiler, David Alexander | Mitchell Karlan, Joseph Furst, Richard Falek | Attorney/ Client Communication |
| 748. | 6/13/05 | Email | Letter from Chabra's Counsel | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 749. | 5/11/05 | Email | KPMG Progress | Janet Weiss | Ekkehart Hassels-Weiler, David Alexander | | Attorney/ Client Communication |
| 750. | 5/9/05 | Email | KPMG Engagement Letter | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan, David Alexander | Barbara Becker | Attorney/ Client Communication |
| 751. | 6/13/05 | Email | KPMG Invoice through May 31 | Ekkehart Hassels-Weiler | Stephen Bell | Mitchell Karlan, Barbara Becker | Work Product |
| 752. | 6/22/05 | Email | Kamal Behrwani | Mitchell Karlan | Ekkehart Hassels-Weiler, Dennis Friedman | | Attorney/ Client Communication |

97

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 753. | 6/24/05 | Email | Joe DaGrossa Maplewood / AMC | Ekkehart Hassels-Weiler | Dennis Friedman, Mitchell Karlan, Barbara Becker | , | Attorney/ Client Communication |
| 754. | 5/13/05 | Email | Issues that can wait until after the annual meeting | Janet Weiss | Ekkehart Hassels-Weiler, David Alexander | Mitchell Karlan, Stephen Bell | Attorney/ Client Communication |
| 755. | 6/7/05 | Email | Israels Arbitration | Mitchell Karlan | Hyeon Lee, Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 756. | 6/20/05 | Email | Israels Arbitration: New Correspondence from Sklover | Hyeon Lee | Mitchell Karlan, Richard Falek | | Attorney/ Client Communication |
| 757. | 6/17/05 | Email | Israel / AMC Arbitration and Related Litigation | Richard Falek | Ekkehart Hassels-Weiler | Mitchell Karlan, Janet Weiss, Joseph Furst | Attorney/ Client Communication |
| 758. | 6/6/05 | Email | Resignation from Board | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 759. | 6/28/05 | Email | HSBC Letter | Janet Weiss | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 760. | 6/22/05 | Email | Guaranties by AMC Investors 1 and 2 | Janet Weiss | Ekkehart Hassels-Weiler | Dennis Friedman, Mitchell Karlan, Janet Vance | Attorney/ Client Communication |
| 761. | 6/22/05 | Email | Greg Wagner | Tim Rogers | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |

98

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 762. | 5/20/05 | Email | Glossen | Ekkehart Hassels-Weiler | Mitchell Karlan, Dennis Friedman, David Alexander | . | Attorney/Client Communication |
| 763. | 6/30/05 | Email | GE Capital | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/Client Communication |
| 764. | 6/10/05 | Email | GE Capital | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/Client Communication |
| 765. | 5/26/05 | Email | GDC Response to Sklover Letter (attached) | Right Fax email Gateway | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 766. | 5/8/05 | Email | Conference Confirmation ID#6053980 | Mitchell Karlan | Janet Weiss, David Alexander, Ross Hallock, Stephan Bell | Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 767. | 6/24/05 | Email | Figure to be used to fill in the blank on the judgment | Mitchell Karlan | Janet Weiss, Richard Falek, Joseph Furst, Janet Vance, Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 768. | 5/29/05 | Email | Update Re AMC | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 769. | 6/2/05 | Email | US District Court Draft Complaint v. AMC 6/2/05 | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |

99

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 770. | 6/20/05 | Email | "Tully just called" | Richard Falek | Ekkehart Hassels-Weiler | , | Attorney/ Client Communication |
| 771. | 6/28/05 | Email | Sonny Chabra Settlement Offer | Mitchell Karlan | Ekkehart Hassels-Weiler, Dennis Friedman | | Attorney/ Client Communication |
| 772. | 6/28/05 | Email | Sonny Chabra Settlement Offer | Janet Weiss | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 773. | 6/23/05 | Email | Guaranties by AMC Investors 1 and 2 | Ekkehart Hassels-Weiler | Janet Vance | | Attorney/ Client Communication |
| 774. | 6/23/05 | Email | Guaranties by AMC Investors 1 and 2 | Janet Vance | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 775. | 6/22/05 | Email | Greg Wagner | Mitchell Karlan | Ekkehart Hassels-Weiler | Tim Rogers, David Alexander | Attorney/ Client Communication |
| 776. | 6/30 | Email | GEC | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 777. | 5/18/05 | Email | Funding Deadline for AMC Deal (as per Chester Solomon) | Mitchell Karlan | Ekkehart Hassels-Weiler, Janet Weiss, Barbara Becker, Joseph Furst | David Alexander, Dennis Friedman | Attorney/ Client Communication |
| 778. | 5/18/05 | Email | Funding Deadline for AMC Deal (as per Chester Solomon) | Ekkehart Hassels-Weiler | Janet Weiss, Mitchell Karlan, Barbara Becker, Joseph Furst | David Alexander, Dennis Friedman | Attorney/ Client Communication |

100

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 779. | 5/18/05 | Email | Funding Deadline for AMC Deal (as per Chester Solomon) | Janet Weiss | Mitchell Karlan, Ekkehart Hassels-Weiler, Barbara Becker, Joseph Furst | David Alexander, Dennis Ffiedman | Attorney/ Client Communication |
| 780. | 5/18/05 | Email | Funding Deadline for AMC Deal (as per Chester Solomon) | Ekkehart Hassels-Weiler | Joseph Furst David Alexander | Janet Weiss Barbara Becker Mitchell Karlan Dennis Friedman | Attorney/ Client Communication |
| 781. | 5/19/05 | Email | Funding Deadline for AMC Deal (as per Chester Solomon) | Janet Weiss | Ekkehart Hassels-Weiler Joseph Furst David Alexander | Barbara Becker Mitchell Karlan Dennis Friedman | Attorney/ Client Communication |
| 782. | 5/19/05 | Email | Funding Deadline for AMC Deal (as per Chester Solomon) | Ekkehart Hassels-Weiler | Janet Weiss Mitchell Karlan Barbara Becker Joseph Furst | David Alexander Dennis Friedman | Attorney/ Client Communication |
| 783. | 6/7/05 | Email | "For your review" | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 784. | 6/24/05 | Email | Final Offer by Sonny | Dennis Friedman | Mitchell Karlan Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 785. | 6/01/05 | Email | Filed AMC Opposition Papers | Ekkehart Hassels-Weiler | Joseph Furst Mitchell Karlan Dennis Friedman Janet Weiss | | Attorney/ Client Communication |

101

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 786. | 5/27/05 | Email | Filed AMC Opposition Papers - Chabras Continued Operation of AMC with Funds Owed to Eugenia | Ekkehart Hassels-Weiler | Joseph Furst Mitchell Karlan Dennis Friedman Janet Weiss Janet Vance | | Attorney/Client Communication |
| 787. | 5/27/05 | Email | Filed AMC Opposition Papers - Chabras Continued Operation of AMC with Funds Owed to Eugenia | Mitchell Karlan | Ekkehart Hassels-Weiler Joseph Furst Dennis Friedman Janet Weiss Janet Vance | | Attorney/Client Communication |
| 788. | 5/27/05 | Email | Filed AMC Opposition Papers | Joseph Furst | Ekkehart Hassels-Weiler Mitchell Karlan Dennis Friedman Janet Weiss | | Attorney/Client Communication |
| 789. | 6/1/05 | Email | Fax to AMC's Board Counsel | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 790. | 7/15/05 | Email | Eugenia v. Chabra | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/Client Communication |
| 791. | 8/15/05 | Email | Eugenia Complaint | Ekkehart Hassels-Weiler | Richard Falek | Mitchell Karlan | Attorney/Client Communication |
| 792. | 8/22/05 | Email | Eugenia - LeSueur Declaration | Ben LeSueur | Joseph Furst | | Attorney/Client Communication |

102

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 793. | 8/22/05 | Email | Eugenia - LeSueur Declaration | Joseph Furst | Ben LeSueur | Richard Falek Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 794. | 8/2/05 | Email | Eugenia 6 re AMC | Ben LeSueur | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 795. | 8/7/05 | Email | Eugenia 6 re AMC | Ekkehart Hassels-Weiler | Ben LeSueur | | Reflecting Advice of Counsel |
| 796. | 8/8/05 | Email | Eugenia 6 re AMC (GD&C Engage-ment Letter) | Ben LeSueur | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 797. | 6/6/05 | Email | Emailing: Transamerica.htm | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 798. | 8/26/05 | Email | Emailing: Eugenia v. Glaser (Affidavit) | Ekkehart Hassels-Weiler | Richard Falek | Mitchell Karlan | Attorney/ Client Communication |
| 799. | 5/11/05 | Email | Eagle Advisors/ AMC Computer Corp. | Ekkehart Hassels-Weiler | Maria Santa David Alexander Stephen Bell | Janet Weiss Mitchell Karlan Dennis Friedman | Attorney/ Client Communication |
| 800. | 5/11/05 | Email | Eagle Advisors/ AMC Computer Corp. | Mitchell Karlan | Ekkehart Hassels-Weiler Maria Santa David Alexander Stephen Bell | Janet Weiss Dennis Friedman | Attorney/ Client Communication |

103

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 801. | 5/11/05 | Email | Eagle Advisors/ AMC Computer Corp. | David Alexander | Mitchell Karlan Ekkehart Hassels-Weiler Maria Santa Stephen Bell | Janet Weiss Dennis Friedman | Attorney/ Client Communication |
| 802. | 5/11/05 | Email | Eagle Advisors/ AMC Computer Corp. | Janet Weiss | David Alexander Mitchell Karlan Ekkehart Hassels-Weiler Maria Santa Stephen Bell Janet Vance | Dennis Friedman Joseph Furst | Attorney/ Client Communication |
| 803. | 7/21/07 | Email | Eagle Advisors | Ekkehart Hassels-Weiler | Richard Girgenti David Freedman Barbara Becker | Stephen Bell Theron Taggart David Alexander | Work Product |
| 804. | 8/25/07 | Email | Eagle Advisors - Privileged KPMG Billing | Ekkehart Hassels-Weiler | Richard Girgenti Theron Taggart Stephen Bell | David Alexander David Freedman Barbara Becker | Work Product |
| 805. | 7/21/05 | Email | Eagle Advisors | Ekkehart Hassels-Weiler | Richard Girgenti David Freedman Barbara Becker | Stephen Bell Theron Taggart David Alexander | Work Product |
| 806. | 8/17/05 | Email | Eagle Advisors, Inc. | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 807. | 8/17/05 | Email | Eagle Advisors, Inc. | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |

104

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 808. | 6/24/05 | Email | Draft Motion to Dismiss | Richard Falek | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 809. | 5/18/05 | Email | Draft AMC Computer Corp. Letter of Intent (GD&C Comments as of 5/18/05) | Ekkehart Hassels-Weiler | Joseph Furst | David Alexander Janet Weiss Barbara Becker Mitchell Karlan Stephen Bell Douglas Brickley Dennis Friedman | Attorney/ Client Communication |
| 810. | 8/15/05 | Email | Draft Letter to Glaser | Richard Falek | Ekkehart Hassels-Weiler | Mitchell Karlan | Attorney/ Client Communication |
| 811. | 8/15/05 | Email | Draft Letter to Glaser | Ekkehart Hassels-Weiler | Richard Falek | Mitchell Karlan | Attorney/ Client Communication |
| 812. | 8/15/05 | Email | Draft Letter to Glaser | Mitchell Karlan | Ekkehart Hassels-Weiler Richard Falek | | Attorney/ Client Communication |
| 813. | 8/15/05 | Email | Draft Letter to Glaser | Mitchell Karlan | | | Work Product |
| 814. | 5/24/05 | Email | Deal In Information for AMC Call Tomorrow (5/24 @ 11 am) | Joseph Furst | Ekkehart Hassels-Weiler | David Alexander Dennis Friedman Stephen Bell Douglas Brickley | Attorney/ Client Communication |
| 815. | 5/24/05 | Email | Deal In Information for AMC Call Tomorrow (5/24 @ 11 am) | Ekkehart Hassels-Weiler | Joseph Furst Mitchell Karlan Janet Weiss Barbara Becker | David Alexander Dennis Friedman Stephen Bell Douglas Brickley | Attorney/ Client Communication |

105

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 816. | 5/24/05 | Email | Copy of Chabra v. AMC Computer Corp. et al. Complaint (5/24/00) | Joseph Furst | Ekkehart Hassels-Weiler David Alexander Dennis Friedman Mitchell Karlan Janet Weiss Barbara Becker | | Attorney/ Client Communication |
| 817. | 5/24/05 | Email | Copy of Chabra v. AMC Computer Corp. et al. Complaint (5/24/00) | Ekkehart Hassels-Weiler | Joseph Furst David Alexander Dennis Friedman Mitchell Karlan Janet Weiss Barbara Becker | | Attorney/ Client Communication |
| 818. | 5/6/05 | Email | KPMG Contact Information | David Alexander | Janet Weiss | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 819. | 5/6/05 | Email | KPMG Contact Information | Janet Weiss | David Alexander | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 820. | 5/31/05 | Email | Conference call tonight @ 6 pm | Ekkehart Hassels-Weiler | Janet Weiss | | Attorney/ Client Communication |
| 821. | 5/31/05 | Email | Conference call tonight @ 6 pm | Janet Weiss | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 822. | 5/26/05 | Email | Communication with AMC Customers | Ekkehart Hassels-Weiler | Ross Hallock | Mitchell Karlan Dennis Friedman David Alexander | Attorney/ Client Communication |

106

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 823. | 5/26/05 | Email | Communication with AMC Customers | Mitchell Karlan | Ekkehart Hassels-Weiler Ross Hallock | Dennis Friedman David Alexander | Attorney/Client Communication |
| 824. | 5/26/05 | Email | Communication with AMC Customers | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/Client Communication |
| 825. | 5/26/05 | Email | Communication re Eagle Advisors and Eugenia VI | Ekkehart Hassels-Weiler | Ross Hallock Mitchell Karlan Joseph Furst Janet Vance Janet Weiss Barbara Becker Dennis Friedman David Alexander Oliver Olanoff | | Attorney/Client Communication |
| 826. | 5/26/05 | Email | Communication re Eagle Advisors and Eugenia VI | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman David Alexander | Attorney/Client Communication |
| 827. | 5/26/05 | Email | Communication re Eagle Advisors and Eugenia VI | Ekkehart Hassels-Weiler | Mitchell Karlan | David Alexander | Attorney/Client Communication |
| 828. | 6/24/05 | Email | CD with AMC emails | Mitchell Karlan | Tim Rogers | Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 829. | 7/8/05 | Email | Casita and Eugenia | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |

107

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 830. | 8/25/05 | Email | Audience Invitation - Richard Falek 12572925 | Richard Falek | Richard Falek Ekkehart Hassels-Weiler Ben LeSueur | David Alexander Hyeon Lee Mitchell Karlan | Attorney/ Client Communication |
| 831. | 6/22/05 | Email | AMC - Final Draft OK | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 832. | 6/16/05 | Email | AMC - Development | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 833. | 6/16/05 | Email | AMC - Development | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 834. | 6/16/05 | Email | AMC - Development | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 835. | 8/9/05 | Email | AMC Subpoenas | Richard Falek | Hyeon Lee Mitchell Karlan Janet Weiss | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 836. | 6/2/05 | Email | AMC Shareholders Meeting et al. | Mitchell Karlan | Ekkehart Hassels-Weiler Dennis Friedman | | Attorney/ Client Communication |
| 837. | 6/24/05 | Email | AMC Lockbox Payments | Mitchell Karlan | David Alexander | Ekkehart Hassels-Weiler Janet Weiss Joseph Furst | Attorney/ Client Communication |

108

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 838. | 6/24/05 | Email | AMC Lockbox Payments | David Alexander | Mitchell Karlan | Ekkehart Hassels-Weiler Janet Weiss Joseph Furst | Attorney/Client Communication |
| 839. | 6/24/05 | Email | AMC Lockbox Payments | Mitchell Karlan | David Alexander | Ekkehart Hassels-Weiler Janet Weiss Joseph Furst | Attorney/Client Communication |
| 840. | 6/21/05 | Email | Karlan Proposed email to Teddy, Bindra and Tristan | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/Client Communication |
| 841. | 6/22/05 | Email | Guarantees by AMC Investors 1 and 2 | Janet Vance | Janet Weiss Ekkehart Hassels-Weiler | Dennis Friedman Mitchell Karlan | Attorney/Client Communication |
| 842. | 6/22/05 | Email | Guarantees by AMC Investors 1 and 2 | Ekkehart Hassels-Weiler | Janet Vance Janet Weiss | Dennis Friedman Mitchell Karlan | Attorney/Client Communication |
| 843. | 5/10/05 | Email | Privileged - Proposed Work Plan - AMC Corp. and Engagement Letter Logistics | Stephen Bell | Mitchell Karlan Ekkehart Hassels-Weiler Janet Weiss David Alexander | Richard Girgenti Douglas Brickley Theron Taggart Dennis Friedman | Work Product |
| 844. | 5/10/05 | Email | Privileged - Proposed Work Plan - AMC Corp. and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell Ekkehart Hassels-Weiler Janet Weiss David Alexander | Richard Girgenti Douglas Brickley Theron Taggart Dennis Friedman | Work Product |

109

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 845. | 5/10/05 | Email | Privileged - Proposed Work Plan - AMC Corp. and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell Ekkehart Hassels-Weiler Janet Weiss David Alexander | Richard Girgenti Douglas Brickley Theron Taggart Dennis Friedman | Work Product |
| 846. | 5/10/05 | Email | Privileged - Proposed Work Plan - AMC Corp. and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell Ekkehart Hassels-Weiler Janet Weiss David Alexander | Richard Girgenti Douglas Brickley Theron Taggart Dennis Friedman | Work Product |
| 847. | 5/10/05 | Email | Privileged - Proposed Work Plan - AMC Corp. and Engagement Letter Logistics | Mitchell Karlan | Stephen Bell Ekkehart Hassels-Weiler Janet Weiss David Alexander | Richard Girgenti Douglas Brickley Theron Taggart Dennis Friedman | Work Product |
| 848. | 5/10/05 | Email | Privileged - Proposed Work Plan - AMC Corp. and Engagement Letter Logistics | Janet Weiss | Mitchell Karlan Stephen Bell Ekkehart Hassels-Weiler David Alexander | Richard Girgenti Douglas Brickley Theron Taggart Dennis Friedman | Work Product |
| 849. | 6/6/05 | Email | Privileged - Request for Borrowing Base and Lockbox Information | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |

110

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 850. | 6/6/05 | Email | Privileged - Request for Borrowing Base and Lockbox Information | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |
| 851. | 6/6/05 | Email | Privileged - Request for Borrowing Base and Lockbox Information | David Alexander | Ekkehart Hassels-Weiler | | Reflecting Advice of Counsel |
| 852. | 5/10/05 | Email | Privileged - Proposed Work Plan - AMC Corp. and Engagement Letter Logistics | Stephen Bell | Ekkehart Hassels-Weiler Janet Weiss Mitchell Karlan David Alexander | Richard Girgenti Douglas Brickley Theron Taggart | Work Product |
| 853. | 5/10/05 | Email | Privileged - Proposed Work Plan - AMC Corp. and Engagement Letter Logistics | Ekkehart Hassels-Weiler | Janet Weiss Mitchell Karlan | David Alexander | Attorney/ Client Communication |
| 854. | 5/10/05 | Email | Privileged - Proposed Work Plan - AMC Corp. and Engagement Letter Logistics | Stephen Bell | Ekkehart Hassels-Weiler David Alexander | Janet Weiss | Work Product |

111

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 855. | 5/10/05 | Email | Privileged - Proposed Work Plan - AMC Corp. and Engagement Letter Logistics | Ekkehart Hassels-Weiler | Stephen Bell | ' | Work Product |
| 856. | 5/26/05 | Email | Privileged - Attorney/Client Communication | Mitchell Karlan | Hyeon Lee | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 857. | 5/17/05 | Email | Preferences to Maximize Value for AMC | Ekkehart Hassels-Weiler | Hyeon Lee | Mitchell Karlan David Alexander Dennis Friedman | Attorney/ Client Communication |
| 858. | 5/23/05 | Email | Possible All Hands Call on AMC Matter (at 8:30 pm EDT?) | Ekkehart Hassels-Weiler | Joseph Furst Mitchell Karlan Janet Weiss | Barbara Becker Dennis Friedman Stephen Bell Douglas Brickley David Alexander | Attorney/ Client Communication |
| 859. | 5/6/05 | Email | Our Borrowing Certificate No. 225 at 5/6/05 for $530,000.00 (AMC) | Janet Vance | David Alexander Mitchell Karlan Janet Weiss Ross Hallock | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 860. | 6/23/05 | Email | Order to Show Cause | Ekkehart Hassels-Weiler | Richard Falek | Mitchell Karlan | Attorney/ Client Communication |
| 861. | 5/5/05 | Email | Observer at Board Meeting | Ekkehart Hassels-Weiler | David Alexander | | Reflecting Advice of Counsel |

112

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 862. | 5/5/05 | Email | Observer at Board Meeting | Ekkehart Hassels-Weiler | David Alexander | · | Reflecting Advice of Counsel |
| 863. | 8/15/05 | Email | "no meeting necessary" | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 864. | 8/18/85 | Email | Re New Matter (Maplewood Conflict Check) | Kenneth Nachbar | Mitchell Karlan | Ekkehart Hassels-Weiler Joseph Furst Richard Falek | Attorney/ Client Communication |
| 865. | 8/18/85 | Email | Re New Matter (Maplewood Conflict Check) | Mitchell Karlan | Kenneth Nachbar | Ekkehart Hassels-Weiler Joseph Furst Richard Falek | Attorney/ Client Communication |
| 866. | 6/6/05 | Email | Meeting on Friday June 17 | Mitchell Karlan | Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 867. | 6/6/05 | Email | Meeting on Friday June 17 | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman | Attorney/ Client Communication |
| 868. | 6/23/05 | Email | Maplewood Summary Sheet 6/05 | Ekkehart Hassels-Weiler | Tim Rogers | David Alexander | Reflecting Advice of Counsel |
| 869. | 6/10/05 | Email | Maplewood Partners - GEC Loan to Portfolio Company AMC | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 870. | 5/6/05 | Email | Maplewood Conflict | Dennis Friedman | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |

113

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 871. | 6/23/05 | Email | Maplewood and AMC Information | Mitchell Karlan | Tim Rogers | David Alexander Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 872. | 6/1/05 | Email | Letter to AMC Customers | Ekkehart Hassels-Weiler | Janet Weiss David Alexander | Mitchell Karlan Joseph Furst Richard Falek | Attorney/Client Communication |
| 873. | 6/1/05 | Email | Letter to AMC Customers | Janet Weiss | Ekkehart Hassels-Weiler David Alexander | Mitchell Karlan Joseph Furst Richard Falek | Attorney/Client Communication |
| 874. | 6/1/05 | Email | Letter to AMC Customers | Janet Weiss | Ekkehart Hassels-Weiler David Alexander | Mitchell Karlan Joseph Furst Richard Falek | Attorney/Client Communication |
| 875. | 6/1/05 | Email | Letter to AMC Customers | Ekkehart Hassels-Weiler | Janet Weiss | | Attorney/Client Communication |
| 876. | 6/1/05 | Email | Letter to AMC Customers | Janet Weiss | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 877. | 6/13/05 | Email | Letter from Chabra's Counsel | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 878. | 6/24/05 | Email | Letter Attached | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/Client Communication |
| 879. | 5/16/05 | Email | Last Offer for AMC | Ekkehart Hassels-Weiler | Janet Weiss David Alexander Mitchell Karlan Joseph Furst | Dennis Friedman | Attorney/Client Communication |

114

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 880. | 5/16/05 | Email | Last Offer for AMC | Mitchell Karlan | Ekkehart Hassels-Weiler Janet Weiss David Alexander Dennis Friedman | Joseph Furst | Attorney/Client Communication |
| 881. | 5/17/05 | Email | Last Offer for AMC | Ekkehart Hassels-Weiler | Janet Weiss David Alexander Mitchell Karlan Joseph Furst | Dennis Friedman | Attorney/Client Communication |
| 882. | 5/17/05 | Email | Last Offer for AMC | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/Client Communication |
| 883. | 5/17/05 | Email | Last Offer for AMC | Mitchell Karlan | Ekkehart Hassels-Weiler Janet Weiss David Alexander Joseph Furst | Dennis Friedman | Attorney/Client Communication |
| 884. | 5/17/05 | Email | Last Offer for AMC | Mitchell Karlan | Ekkehart Hassels-Weiler | Janet Weiss | Attorney/Client Communication |
| 885. | 5/17/05 | Email | Last Offer for AMC | Janet Weiss | Ekkehart Hassels-Weiler David Alexander Mitchell Karlan Joseph Furst | Dennis Friedman | Attorney/Client Communication |
| 886. | 5/17/05 | Email | Last Offer for AMC | Ekkehart Hassels-Weiler | Mitchell Karlan Janet Weiss David Alexander Joseph Furst | Dennis Friedman | Attorney/Client Communication |

115

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 887. | 5/17/05 | Email | Last Offer for AMC | Janet Weiss | Ekkehart Hassels-Weiler Mitchell Karlan David Alexander Joseph Furst | Dennis Friedman | Attorney/ Client Communication |
| 888. | 5/17/05 | Email | Last Offer for AMC | Ekkehart Hassels-Weiler | Mitchell Karlan Janet Weiss David Alexander Joseph Furst | Dennis Friedman | Attorney/ Client Communication |
| 889. | 5/11/05 | Email | KPMG Progress - AMC and Maplewood Disc Drivers etc. | Ekkehart Hassels-Weiler | Janet Weiss Mitchell Karlan | Stephen Bell Richard Girgenti David Alexander Dennis Friedman | Work Product |
| 890. | 5/12/05 | Email | KPMG Progress - AMC and Maplewood Disc Drivers etc. | Mitchell Karlan | Ekkehart Hassels-Weiler Janet Weiss | Stephen Bell Richard Girgenti David Alexander Dennis Friedman | Work Product |
| 891. | 7/11/05 | Email | KPMG Expense Payment Request dated July 8 | Ben LeSueur | David Alexander | Ekkehart Hassels-Weiler Edward Smith | Reflecting Advice of Counsel |
| 892. | 7/11/05 | Email | KPMG Expense Payment Request dated July 8 | Ekkehart Hassels-Weiler | Ben LeSueur David Alexander | Edward Smith | Reflecting Advice of Counsel |
| 893. | 6/13/05 | Email | KPMG Invoice through May 31 | Stephen Bell | Ekkehart Hassels-Weiler | Mitchell Karlan Barbara Becker Richard Girgenti Theron Taggart | Work Product |

116

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 894. | 6/27/05 | Email | Kamal Behrwani called to set up a meeting | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 895. | 6/22/05 | Email | Kamal Behrwani | Ekkehart Hassels-Weiler | Mitchell Karlan Dennis Friedman | | Attorney/ Client Communication |
| 896. | 6/7/05 | Email | Israels Arbitration | Hyeon Lee | Mitchell Karlan Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/ Client Communication |
| 897. | 6/7/05 | Email | Israels Arbitration | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 898. | 6/7/05 | Email | Israels Arbitration | Mitchell Karlan | Ekkehart Hassels-Weiler | | Attorney/ Client Communication |
| 899. | 6/21/05 | Email | Israel Arbitration: New Correspondence from Sklover | Richard Falek | Hyeon Lee Mitchell Karlan | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 900. | 6/22/05 | Email | "Information" | Ekkehart Hassels-Weiler | Mitchell Karlan | | Attorney/ Client Communication |
| 901. | 6/22/05 | Email | Proposed email to Teddy, Bindra and Frisher | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman | Attorney/ Client Communication |
| 902. | 6/21/05 | Email | Proposed email to Teddy, Bindra and Frisher | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman | Attorney/ Client Communication |

117

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 903. | 7/1/05 | Email | AMC - KPMG Analysis of Diverted Funds | Ekkehart Hassels-Weiler | Mitchell Karlan Janet Weiss | Tim Rogers | Attorney/ Client Communication |
| 904. | 8/1/05 | Email | Privileged - Eagle Advisors | Tim Rogers | Theron Taggart | | Work Product |
| 905. | 7/1/05 | Email | AMC - Ron Augustin Service Address | Tim Rogers | Joseph Furst | Mitchell Karlan Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 906. | 7/1/05 | Email | AMC - Ron Augustin Service Address | Tim Rogers | Joseph Furst | Mitchell Karlan Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 907. | 7/6/05 | Email | AMC - Lockbox Activity through July 5, 2005 | Tim Rogers | Theron Taggart | Ekkehart Hassels-Weiler | Work Product |
| 908. | 6/29/05 | Email | KPMG Analysis of Diverted Funds | Tim Rogers | Theron Taggart | Joseph Furst Stephen Bell | Work Product |
| 909. | 6/20/05 | Email | AMC (audits of Maplewood's financials) | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 910. | 6/23/05 | Email | Maplewood and AMC Information | Tim Rogers | Mitchell Karlan | David Alexander Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 911. | 6/30/05 | Email | Eagle Advisors – Privileged | Tim Rogers | Theron Taggart | | Work Product |

118

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 912. | 7/1/05 | Email | AMC - KPMG Analysis of Diverted Funds | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 913. | 7/1/05 | Email | AMC - KPMG Analysis of Diverted Funds | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 914. | 6/29/05 | Email | AMC - KPMG Analysis of Diverted Funds | Tim Rogers | Sheryls Rapp Sloan | | Work Product |
| 915. | 6/24/05 | Email | CD with AMC emails | Tim Rogers | Mitchell Karlan | David Alexander Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 916. | 6/29/05 | Email | CD with AMC Borrowing Certificate emails | Tim Rogers | David Freedman | David Alexander | Reflecting Advice of Counsel |
| 917. | 8/1/05 | Email | All Co-Investments Performance as of 7/29/05 | Tim Rogers | David Alexander | | Reflecting Advice of Counsel |
| 918. | 6/30/05 | Email | Privileged Eagle Advisors re 6/23 check | Theron Taggart | Tim Rogers | | Work Product |
| 919. | 5/26/05 | Email | Privileged Attorney/Client Communication | Hyeon Lee | Dennis Friedman | | Attorney/ Client Communication |
| 920. | 6/9/05 | Email | Subpoena from Sklover | Hyeon Lee | Mitchell Karlan Richard Falek | Ekkehart Hassels-Weiler | Attorney/ Client Communication |

119

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 921. | 6/21/05 | Email | Israel Arbitration: New Correspond-ence from Sklover | Richard Falek | Hyeon Lee Mitchell Karlan | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 922. | 6/21/05 | Email | Copy of Sklover & Associates 6/20/05 Letter from Jason Snell re Israel v. AMC | Right Fax Email Gateway | Hyeon Lee | | Attorney/ Client Communication |
| 923. | 6/21/05 | Email | Israel Arbitration: New Correspond-ence from Sklover | Hyeon Lee | Mitchell Karlan | Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 924. | 7/27/05 | Email | AMC Update re Bankruptcy and Israel Litigation | Ekkehart Hassels-Weiler | Hyeon Lee | | Reflecting Advice of Counsel |
| 925. | | Email | AMC Review Report of Meeting on Friday, June 27, 2003 | | | | Work Product |
| 926. | | Report | Eugenia/AMC Loan Issue List | | | | Work Product |
| 927. | 6/20/05 | Email | Various AMC Settlement Offers | Ekkehart Hassels-Weiler | Janet Weiss | Dennis Friedman Mitchell Karlan David Alexander | Attorney/ Client Communication |
| 928. | 6/20/05 | Email | Various AMC Settlement Offers | Mitchell Karlan | Ekkehart Hassels-Weiler Janet Weiss | Dennis Friedman David Alexander | Attorney/ Client Communication |

120

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 929. | 6/21/05 | Email | Various AMC Settlement Offers | Dennis Friedman | Ekkehart Hassels-Weiler Janet Weiss | Mitchell Karlan David Alexander | Attorney/Client Communication |
| 930. | 5/26/05 | Email | Privileged Attorney/Client Communication | Hyeon Lee | Mitchell Karlan | Ekkehart Hassels-Weiler | Attorney/Client Communication |
| 931. | 6/7/05 | Email | Israels Arbitration | Mitchell Karlan | Hyeon Lee Ekkehart Hassels-Weiler | | Attorney/Client Communication |
| 932. | 6/7/05 | Email | Israels Arbitration | Hyeon Lee | Mitchell Karlan Ekkehart Hassels-Weiler | Dennis Friedman | Attorney/Client Communication |
| 933. | 6/8/05 | Email | Sklover | Scott Kislin | Hyeon Lee | | Attorney/Client Communication |
| 934. | 6/8/05 | Email | Sklover | Scott Kislin | Hyeon Lee | | Attorney/Client Communication |
| 935. | 6/8/05 | Email | Sklover | Hyeon Lee | Scott Kislin | | Attorney/Client Communication |
| 936. | 6/21/05 | Email | Sklover | Janet Weiss | Dennis Friedman Ekkehart Hassels-Weiler | Mitchell Karlan David Alexander | Attorney/Client Communication |
| 937. | 8/22/05 | Email | Document Production by Eagle and meeting | Ekkehart Hassels-Weiler | Richard Falek | Hyeon Lee David Alexander Ben LeSueur | Attorney/Client Communication |
| 938. | 8/22/05 | Email | Document Production by Eagle and meeting | Richard Falek | Ekkehart Hassels-Weiler | Hyeon Lee David Alexander Ben LeSueur | Attorney/Client Communication |

121

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 939. | 8/22/05 | Email | Document Production by Eagle and meeting | Ekkehart Hassels-Weiler | Richard Falek | Hyeon Lee David Alexander Ben LeSueur | Attorney/ Client Communication |
| 940. | 8/22/05 | Email | Document Production by Eagle and meeting | Ben LeSueur | Ekkehart Hassels-Weiler Richard Falek | Hyeon Lee David Alexander | Reflecting Advice of Counsel |
| 941. | 8/23/05 | Email | Proposed Conference Call and Eugenia 6 document schedule | Ben LeSueur | Ekkehart Hassels-Weiler Richard Falek | David Alexander | Reflecting Advice of Counsel |
| 942. | 8/23/05 | Email | Proposed Conference Call on Friday, 8/26/05 | Richard Falek | Ben LeSueur Ekkehart Hassels-Weiler | David Alexander | Attorney/ Client Communication |
| 943. | 8/24/05 | Email | Proposed Conference Call on Friday, 8/26/05 | Richard Falek | Ben LeSueur Ekkehart Hassels-Weiler | David Alexander Hyeon Lee Mitchell Karlan | Attorney/ Client Communication |
| 944. | 8/24/05 | Email | Proposed Conference Call on Friday, 8/26/05 | Ekkehart Hassels-Weiler | Richard Falek Ben LeSueur | David Alexander Hyeon Lee | Attorney/ Client Communication |
| 945. | 8/25/05 | Email | Proposed Conference Call on Friday, 8/26/05 | Richard Falek | Ekkehart Hassels-Weiler Ben LeSueur | David Alexander Hyeon Lee | Attorney/ Client Communication |
| 946. | 6/23/05 | Email | Maplewood Summary Sheet 6/05 | Ekkehart Hassels-Weiler | Tim Rogers | David Alexander | Reflecting Advice of Counsel |

122

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 947. | 6/23/05 | Email | Maplewood and AMC Information | Mitchell Karlan | Tim Rogers | David Alexander Ekkehart ' Hassels-Weiler | Attorney/ Client Communication |
| 948. | 6/21/05 | Email | Proposed email to Teddy, Bindra and Frisher | Ekkehart Hassels-Weiler | Mitchell Karlan | Dennis Friedman David Alexander | Attorney/ Client Communication |
| 949. | 6/22/05 | Email | Greg Wagner | Ekkehart Hassels-Weiler | Tim Rogers | David Alexander | Reflecting Advice of Counsel |
| 950. | 6/22/05 | Email | Greg Wagner | Mitchell Karlan | Ekkehart Hassels-Weiler | David Alexander Tim Rogers | Attorney/ Client Communication |
| 951. | 6/22/05 | Email | Delayed KPMG Payment from BTCay | Ekkehart Hassels-Weiler | Edward Smith | David Alexander | Reflecting Advice of Counsel |
| 952. | 6/22/05 | Email | Delayed KPMG Payment from BTCay | Edward Smith | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 953. | 6/22/05 | Email | Delayed KPMG Payment from BTCay | Ekkehart Hassels-Weiler | Edward Smith | David Alexander | Reflecting Advice of Counsel |
| 954. | 6/24/05 | Email | CD with AMC emails | Mitchell Karlan | Tim Rogers | David Alexander Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 955. | 6/23/05 | Email | Bessemer Trust Company with KPMG Invoice | Ben LeSueur | Jeannine Filippone | Caroline Hernandez | Work Product |

123

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 956. | 6/23/05 | Email | Bessemer Trust Company | Ekkehart Hassels-Weiler | Ben LeSueur | Edward Smith David Alexander | Reflecting Advice of Counsel |
| 957. | 6/23/05 | Email | Bessemer Trust Company | Ben LeSueur | Ekkehart Hassels-Weiler | Edward Smith David Alexander | Reflecting Advice of Counsel |
| 958. | 6/23/05 | Email | Bessemer Trust Company | Ben LeSueur | Ekkehart Hassels-Weiler | Edward Smith David Alexander | Reflecting Advice of Counsel |
| 959. | 6/24/05 | Email | Lockbox Payments | Mitchell Karlan | David Alexander | Ekkehart Hassels-Weiler Janet Weiss Joseph Furst | Attorney/ Client Communication |
| 960. | 6/24/05 | Email | AMC Lockbox Payments | Mitchell Karlan | David Alexander | Ekkehart Hassels-Weiler Janet Weiss Joseph Furst | Attorney/ Client Communication |
| 961. | 6/21/05 | Email | AMC Retainer Payment | Stephen Bell | David Alexander | Ekkehart Hassels-Weiler Richard Girgenti | Work Product |
| 962. | 8/21/05 | Email | AMC Draft LeSueur Declaration in Support of Eugenia Opposition Papers | Richard Falek | Ekkehart Hassels-Weiler Ben LeSueur | Mitchell Karlan Hyeon Lee David Alexander | Attorney/ Client Communication |

124

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 963. | 8/21/05 | Email | AMC Draft LeSueur Declaration in Support of Eugenia Opposition Papers | Ekkehart Hassels-Weiler | Richard Falek Ben LeSueur | Mitchell Karlan Hyeon Lee David Alexander | Attorney/ Client Communication |
| 964. | 6/20/05 | Email | AMC - Maplewoods Audited Financials | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 965. | 6/23/05 | Email | Maplewood and AMC Information | Tim Rogers | Mitchell Karlan | David Alexander Ekkehart Hassels-Weiler | Attorney/ Client Communication |
| 966. | 6/22/05 | Email | Greg Wagner | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 967. | 8/21/05 | Email | AMC - Copy of Defendants' First Request for Production of Documents | Ekkehart Hassels-Weiler | David Alexander | Hyeon Lee Tim Rogers | Reflecting Advice of Counsel |
| 968. | 7/1/05 | Email | AMC - KPMG Analysis of Diverted Funds | Tim Rogers | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 969. | 7/22/05 | Email | AMC - KPMG Letter and Invoice for June, 2005 | Richard Girgenti | David Alexander | | Work Product |

125

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 970. | 6/23/05 | Email | Bessemer Trust Company - AMC Loan Appointment (Textron Dealings also) | Ben LeSueur | Ekkehart Hassels-Weiler | David Alexander Edward Smith | Reflecting Advice of Counsel |
| 971. | 8/22/05 | Email | AMC - Final LeSueur Declaration in Support of Opposition Papers | Richard Falek | David Alexander | | Attorney/Client Communication |
| 972. | 8/21/05 | Email | AMC - Draft LeSueur Declaration in Support of Eugenia Opposition Papers | Ekkehart Hassels-Weiler | David Alexander | Hyeon Lee Ben LeSueur | Reflecting Advice of Counsel |
| 973. | 6/22/05 | Email | Delayed KPMG payment from BTCay | Edward Smith | Ekkehart Hassels-Weiler | David Alexander | Reflecting Advice of Counsel |
| 974. | 6/29/05 | Email | CD with AMC Borrowing Certificate emails | Tim Rogers | David Freedman | David Alexander | Reflecting Advice of Counsel |
| 975. | 8/19/05 | Email | AMC Status Request | Baker Smith | David Alexander | Baker Smith | Reflecting Advice of Counsel |
| 976. | 6/22/05 | Email | AMC Audit Letters | Ekkehart Hassels-Weiler | David Alexander Tim Rogers | | Reflecting Advice of Counsel |

126

| No. | Date | Document Type | Description | Author | Recipient(s) | Other Recipients | Privilege Claimed |
|-----|------|---------------|-------------|--------|--------------|------------------|-------------------|
| 977. | 6/22/05 | Email | AMC - Support for KPMG Invoice for May, 2005 | Stephen Bell | David Alexander Ekkehart Hassels-Weiler | Theron Taggart Richard Girgenti Mitchell Karlan | Work Product |
| 978. | 6/22/05 | Email | Greg Wagner | Ekkehart Hassels-Weiler | Mitchell Karlan | Tim Rogers David Alexander | Attorney/ Client Communication |
| 979. | 7/9/05 | Email | Eagle Potential Assignment | Baker Smith | David Alexander | Baker Smith | Reflecting Advice of Counsel |
| 980. | 6/3/05 | Email | AMC Damage Amount | Ekkehart Hassels-Weiler | Mitchell Karlan | Tim Rogers David Alexander | Attorney/ Client Communication |
| 981. | 7/26/05 | Memo | Draft Affidavit of Hyeon Lee | | | | Work Product |