UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EUGENIA VI VENTURE HOLDINGS, LTD.,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Plaintiff,　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　07 CIV 9417
　　　　　　　　- against –　　　　　　　　　　　　　　　　　　　　　:　　(Batts, J.)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　(Eaton, M.J.)
MAPLEWOOD EQUITY PARTNERS, L.P.,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Defendant.　　　　　　　　　　　　　:
------------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　　　　)
　　　　　　　　　　　　　　　　　　　　　: ss.:
COUNTY OF NEW YORK　　　　)

　　　　Allison Decker, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York County, New York.

　　　　On November 27, 2007, deponent served Defendant's Motion to Disqualify Gibson Dunn & Crutcher, LLP, Dennis Friedman, Scott Kislin, David Wilf and Hyeon Lee, Memorandum of Law in Support of Defendant's Motion to Disqualify Gibson Dunn & Crutcher, LLP, Dennis Friedman, Scott Kislin, David Wilf and Hyeon Lee, Affidavit of Robert V. Glaser is Support of Motion to Disqualify Gibson Dunn & Crutcher, LLP, Dennis Friedman, Scott Kislin, David Wilf and Hyeon Lee, Affidavit of Robert Reale in Support of Motion to Disqualify Gibson Dunn & Crutcher, LLP, Dennis Friedman, Scott Kislin, David Wilf and Hyeon Lee and Declaration of Chester B. Salomon in Support of Motion to Disqualify Gibson Dunn & Crutcher, LLP, Dennis Friedman, Scott Kislin, David Wilf and Hyeon Lee on the following party by hand delivery:

　　　　　　　　　　　　　　　Mitchell Karlan, Esq.
　　　　　　　　　　　　　　　Richard Falek, Esq.
　　　　　　　　　　　　　Gibson, Dunn & Crutcher LLP
　　　　　　　　　　　　　200 Park Avenue, 47th Floor
　　　　　　　　　　　　　　　New York, NY  10166

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Decker_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Allison Decker

Sworn to before me this
27th day of November 2007

_____
Notary Public

CONSTANTINE D. POURAKIS
NOTARY PUBLIC, State Of New York
No. 02PO6054338
Qualified in Nassau County
Commission Expires January 29, 2011

SL1 767991v1/070021.00007