UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EUGENIA VI VENTURE HOLDINGS, LTD.,                                   :
                                                                    :
                                    Plaintiff,                      :
                                                                    :        07 CIV 9417
                 - against –                                        :        (Batts, J.)
                                                                    :        (Eaton, M.J.)
MAPLEWOOD EQUITY PARTNERS, L.P.,                                    :
                                                                    :
                                    Defendant.                      :
------------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK     )

        Allison Decker, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York County, New York.

        On November 27, 2007, deponent served Defendant's Motion to Disqualify Gibson Dunn & Crutcher, LLP, Dennis Friedman, Scott Kislin, David Wilf and Hyeon Lee, Memorandum of Law in Support of Defendant's Motion to Disqualify Gibson Dunn & Crutcher, LLP, Dennis Friedman, Scott Kislin, David Wilf and Hyeon Lee, Affidavit of Robert V. Glaser is Support of Motion to Disqualify Gibson Dunn & Crutcher, LLP, Dennis Friedman, Scott Kislin, David Wilf and Hyeon Lee, Affidavit of Robert Reale in Support of Motion to Disqualify Gibson Dunn & Crutcher, LLP, Dennis Friedman, Scott Kislin, David Wilf and Hyeon Lee and Declaration of Chester B. Salomon in Support of Motion to Disqualify Gibson Dunn & Crutcher, LLP, Dennis Friedman, Scott Kislin, David Wilf and Hyeon Lee on the following party by hand delivery:

Mitchell Karlan, Esq.
Richard Falek, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166

Allison Decker

Sworn to before me this
27th day of November 2007

Notary Public

CONSTANTINE D. POUPAKIS
NOTARY PUBLIC, State Of New York
No. 02PO6054338
Qualified in Nassau County
Commission Expires January 29, 2011

SL1 767991v1/070021.00007