UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
EUGENIA VI VENTURE HOLDINGS, LTD.,                                 :
                                                                   :
                            Plaintiff,                             :
                                                                   :     07 CIV 9417
            - against –                                            :     (Batts, J.)
                                                                   :     (Eaton, M.J.)
MAPLEWOOD EQUITY PARTNERS, L.P.,                                   :
                                                                   :
                            Defendant.                             :
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

    Allison Decker, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York County, New York.

    On November 27, 2007, deponent served Notice of Defendants' Motion to Dismiss and Incorporated Memorandum of Law, Defendant's Motion to Dismiss and Incorporated Memorandum of Law and Affidavit of Robert V. Glaser in Support of Defendant's Motion to Dismiss on the following party by hand delivery:

          Mitchell Karlan, Esq.
          Richard Falek, Esq.
        Gibson, Dunn & Crutcher LLP
        200 Park Avenue, 47th Floor
          New York, NY 10166

                              /s/ Allison Decker
                              Allison Decker

Sworn to before me this
27th day of November 2007

/s/ Notary Public
Notary Public

CONSTANTINE D. POURAKIS
NOTARY PUBLIC, State Of New York
No. 02PO6054338
Qualified In Nassau County
Commission Expires January 29, 2011

SL1 768008v1/070021.00007