SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

EUGENIA VI VENTURE HOLDINGS, LTD.

        Plaintiff,

    -against –                                                07 cv 9417 (DAB)

MAPLEWOOD EQUITY PARTNERS, LP,                    MOTION TO ADMIT COUNSEL

        Defendant.                                    PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern

Districts of New York, I, Constantine D. Pourakis, a member in good standing of the bar of this Court, hereby move

for an Order allowing the admission pro hac vice of

        Brian P. Miller, Esquire

        Akerman Senterfitt

        One Southeast Third Avenue

        Miami, Florida 33131

        Phone Number:   305-374-5600

        Fax Number:     305-374-5095

BRIAN MILLER is a member in good standing of the Bar of the States of Florida and the District of Columbia.

There are no pending disciplinary proceedings against BRIAN MILLER in any State or Federal court.

Dated:   November 27, 2007
       New York, New York

        Respectfully submitted,

        Constantine D. Pourakis (CP-0730)
        Stevens & Lee, P.C.
        485 Madison Avenue
        New York, NY 10022
        212-319-8500
        212-319-8505

7.    I respectfully submit a proposed order granting the admission of Brian P. Miller, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Brian P. Miller, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:  November 27, 2007
        New York, New York

                                        Respectfully submitted,

                                        Constantine D. Pourakis (CP-0730)
                                        Stevens & Lee, P.C.
                                        485 Madison Avenue
                                        New York, NY  10022
                                        212-319-8500
                                        212-319-8505

Sworn to before me this
27th day of November 2007

Notary Public
        JOCELYN KEYNES
Notary Public, State of New York
        No. 02KE6039345
    Qualified in New York County
Commission Expires 5/25/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENIA VI VENTURE HOLDINGS,
LTD.

           Plaintiff,                07 cv 9417 (DAB)

    -against –                   ORDER FOR ADMISSION
                                           PRO HAC VICE

MAPLEWOOD EQUITY PARTNERS,        ON WRITTEN MOTION
LP,

           Defendant.

Upon the motion of Constantine D. Pourakis, attorney for MapleWood Equity Partners, LP and
said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Brian P. Miller, Esq. |
| | Akerman Senterfitt |
| | One Southeast Third Avenue |
| | Miami, Florida 33131 |
| | Telephone/Fax: 305-374-5600/305-374-5095 |
| | Email Address: brian.miller@akerman.com |

is admitted to practice pro hac vice as counsel for MapleWood Equity Partners, LP in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: November ___, 2007
       New York, New York


_____
United States District/Magistrate Judge



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida        )

County of Leon        )

In Re:    980633
Brian Paul Miller
Akerman Senterfitt
1 S.E. 3rd Ave., Fl. 28
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 24, 1993.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 31st day of October, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvw70k:R10



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia
Court of Appeals, do hereby certify that

BRIAN PAUL MILLER

was on the   8TH   day of   MARCH, 1996

duly qualified and admitted as an attorney and counselor and
entitled to practice before this Court and is, on the date
indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have
> hereunto subscribed my name
> and affixed the seal of this
> Court at the City of
> Washington, D.C., on
> November 21, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
EUGENIA VI VENTURE HOLDINGS, LTD.,                      :
                                                        :
                         Plaintiff,                     :
                                                        :      07 CIV 9417
             - against –                                :      (Batts, J.)
                                                        :      (Eaton, M.J.)
MAPLEWOOD EQUITY PARTNERS, L.P.,                        :
                                                        :
                         Defendant.                     :
------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK  )

Allison Decker, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York County, New York.

On November 27, 2007, deponent served Motion to Admit Counsel Pro Hac Vice on the following party by hand delivery:

Mitchell Karlan, Esq.
Richard Falek, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166

Allison Decker

Sworn to before me this
27th day of November 2007

Notary Public

CONSTANTINE D. POURAKIS
NOTARY PUBLIC, State Of New York
No. 02PO6054338
Qualified in Nassau County
Commission Expires January 29, 2011

SL1 768075v1/070021.00007