## CERTIFICATE OF SERVICE

I, Anne Champion, an attorney with the law firm of Gibson, Dunn & Crutcher, LLP, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 11th day of December 2007, I served true and correct copies of the Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss and the Declaration of Mitchell A. Karlan, dated December 11, 2007, along with the exhibits thereto, by ECF notification and e-mail, upon the following counsel of record:

Chester B. Salomon, Esq.
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022-5803
(212) 319-8500
(212) 319-8505 (fax)
cslee@stevenslee.com

Brian P. Miller, Esq.
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131-1714
(305) 374-5600
(305) 374-5095 (fax)
brian.miller@akerman.com

Anne Champion