# Exhibit C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------x
EUGENIA VI VENTURE HOLDINGS, LTD.,

        Plaintiff,

-against-

AMC INVESTORS, LLC and AMC INVESTORS II, LLC,

        Defendants,
-----------------------------------x

Index No. 603193/2005

J. Helen E. Freedman
Part 39

**AMENDED JUDGMENT**

        Plaintiff Eugenia VI Venture Holdings, Ltd., having moved (motion seq. no. 001) in this action for an order granting summary judgment in lieu of complaint against defendants AMC Investors, LLC and AMC Investors II, LLC pursuant to CPLR 3213, and this motion having been fully briefed and argued before the Court; the Court having rendered decision:

        GRANTING the motion for summary judgment in lieu of complaint in favor of plaintiff Eugenia VI Venture Holdings, Ltd. and against defendants AMC Investors, LLC and AMC Investors II, LLC, and summary judgment on liability having been affirmed by the Appellate Division on December 5, 2006; and this court

        HAVING set down a hearing on damages to be held on May 16, 2007, and

        HAVING held a hearing on damages, professional fees, expenses and costs and disbursements to plaintiff Eugenia VI Venture Holdings, Ltd., on May 16 and May 25, 2007, as taxed by the Clerk of the Court upon submission of an appropriate bill of costs; and

        HAVING directed the plaintiff on May 25, 2007 to submit judgment, it is

        ADJUDGED, that plaintiff Eugenia VI Venture Holdings, Ltd., Bessemer Trust Company (Cayman) Limited, CIBC Financial Centre Third Floor, 11 Dr. Roy's Drive,

D-1                            D-2)

Georgetown, Cayman Islands, recovers of defendants AMC Investors, LLC and AMC Investors II, LLC, both located at Maplewood Management, LP, 255 Aragon Avenue, Suite 300, Coral Gables, Florida, the sum of $6,958,861.00 in principal and interest, plus $1,000,504.00 for services rendered by KPMG LLP for forensic accounting and expert services, plus $2,750,000.00 for attorneys' fees for services rendered by Gibson, Dunn & Crutcher, LLP, together with costs and disbursements as taxed by the Clerk upon submission of an appropriate bill of costs, in the amount of $1,090.00, and that plaintiff Eugenia VI Venture Holdings, Ltd. has execution therefor; and

*For a Total sum of $ 10,710,455.00*

X

WITH this Amended Judgment, the Court hereby vacates the judgment signed in this matter on June 20, 2007.

July 17, 2007

No. 281210

STATE OF NEW YORK,
COUNTY OF NEW YORK, SS:
I, NORMAN GOODMAN,
COUNTY CLERK AND CLERK
OF THE SUPREME COURT,
NEW YORK COUNTY,
DO HEREBY CERTIFY ON

JUL 23 2007

THAT I HAVE COMPARED THIS
COPY WITH THE ORIGINAL
FILED IN MY OFFICE ON
7|18|07
AND THAT THE SAME IS A
CORRECT TRANSCRIPT
THEREFROM AND OF THE
WHOLE OF SUCH ORIGINAL
IN WITNESS WHEREOF
I HAVE HEREUNTO SET MY
HAND AND AFFIXED MY
OFFICIAL SEAL.

COUNTY CLERK AND CLERK OF THE
SUPREME COURT, NEW YORK COUNTY
FACSIMILE SIGNATURE USED
PURSUANT TO SEC. 903,
COUNTY LAW.
FEE PAID

_____
Hon. Helen E. Freedman

_____
CLERK

**FILED**

JUL 18 2007

COUNTY CLERK'S OFFICE
NEW YORK

Index No. 603193/05
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

EUGENIA VI VENTURE HOLDINGS, LTD.,

    Plaintiff,

v.

AMC INVESTORS, LLC and AMC
INVESTOR II, LLC,

    Defendants.

JUDGMENT

GIBSON, DUNN & CRUTCHER LLP

Attorneys for Plaintiff

200 PARK AVENUE
NEW YORK, NY 10166-0193
(212) 351-4000

To _____, Esq.,

Attorney for

Due and proper service of a copy
of the within is hereby admitted

Dated, New York,         2004



1-2

**FILED AND DOCKETED**

JUL 18 2007

AT 4:21 P M
N.Y., CO. CLK'S OFFICE