# Exhibit G

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

EUGENIA VI VENTURE HOLDINGS, LTD.
    PLAINTIFF,

-vs-

AMC INVESTORS, LLC & AMC
INVESTORS II LLC, DEFENDANT

INDIVIDUAL ASSIGNMENT PART _____

~~STIPULATION~~ ORDER

INDEX NO. 602345/2007
MOTION CALENDAR NO.
DATE 9/5/07

IT IS HEREBY STIPULATED AND AGREED by and between the below-named attorney(s) as follows:

- DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT UNTIL SEPTEMBER 20, 2007
- DEFENDANTS WILL NOT MOVE TO DISQUALIFY PLAINTIFF'S ATTORNEY BECAUSE JUSTICE FREEDMAN'S PRIOR DECISION ON THIS MATTER IS LAW OF THE CASE
- PLAINTIFF WILL SERVE A DOCUMENT REQUEST TODAY ON DEFENDANTS' COUNSEL VIA FACSIMILE REQUESTING DEFENDANTS' BOOKS & RECORDS AND NOTHING ELSE.
- DEFENDANTS WILL PRODUCE ALL SUCH DOCUMENTS ON SEPTEMBER 25, 2007 AT 9:30 A.M. AT THE NEW YORK OFFICES OF STEVENS & LEE.
- DEFENDANTS' ORDER TO SHOW CAUSE TO EXTEND THE TIME TO ANSWER THE COMPLAINT IS DENIED AS MOOT. PLAINTIFF'S ORDER TO SHOW CAUSE SEEKING PRODUCTION OF ~~PLAINTIFF'S~~ DEFENDANTS' BOOKS AND RECORDS IS HELD IN ABEYANCE PENDING THE PRODUCTION ON SEPTEMBER 25, 2007 WITHOUT PREJUDICE.

Date: 9/5/07

So Ordered.

ENTER: _____
Hon. Martin Shulman
J.S.C.

Attorney for Plaintiff
Attorney for Defendant
Attorney for Defendant

SC-8G (rev 2/86)