UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENIA VI VENTURE HOLDINGS,
LTD.

            Plaintiff,          07 cv 9417 (DAB)

-against –                ORDER FOR ADMISSION
                                    PRO HAC VICE
MAPLEWOOD EQUITY PARTNERS,    ON WRITTEN MOTION
LP,

           Defendant.

Upon the motion of Constantine D. Pourakis, attorney for MapleWood Equity Partners, LP and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:    Brian P. Miller, Esq.
                                  Akerman Senterfitt
                                  One Southeast Third Avenue
                                  Miami, Florida  33131
                                  Telephone/Fax: 305-374-5600/305-374-5095
                                  Email Address:  brian.miller@akerman.com

is admitted to practice pro hac vice as counsel for MapleWood Equity Partners, LP in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: November ___, 2007
       New York, New York

*Deborah A. Batts*
United States District/~~Magistrate Judge~~
12/11/07