```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EUGENIA VI VENTURE HOLDINGS, LTD.,

                          Plaintiff,

          -against-                         07 Civ. 9417 (DAB)
                                            ORDER STRIKING MOTION

MAPLEWOOD EQUITY PARTNERS, LP,

                          Defendant.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2007

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Defendant's letters dated November 30, 2007 and December 4, 2007 and Plaintiff's letter dated December 3, 2007. As of this date, Defendant has filed a Motion to Dismiss to which Plaintiff has filed an opposition. Defendant has also filed a Motion to Disqualify Plaintiff's Counsel but without first requesting a pre-motion conference with the Court. Plaintiff has not yet responded to the Motion to Disqualify. The Court's Individual Practices Rule II(B)(1) provides that a pre-motion conference is required before making "any motion, except motions that are required by the Federal Rules of Civil or Appellate Procedure to be made by a certain time." Accordingly, the Clerk of Court is hereby DIRECTED to strike from the docket Defendant's Motion to Disqualify Plaintiff's Counsel along with the accompanying affidavits and memoranda (Docket Entry Nos. 15-18).

Should Defendant wish to proceed with a Motion to Disqualify, it shall do so in accordance with the Court's Individual Practices. This Order does not affect the briefing schedule for Defendant's Motion to Dismiss.

SO ORDERED.

Dated:   New York, New York
         December 12, 2007

*[signature: Deborah A. Batts]*

Deborah A. Batts
United States District Judge