| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| ----------------------------------------------------------------x<br>EUGENIA VI VENTURE HOLDINGS, LTD.,<br><br>　　　　　　　　　　　　　　　　Plaintiff,<br><br>　- against –<br><br>MAPLEWOOD EQUITY PARTNERS, L.P.,<br><br>　　　　　　　　　　　　　　　　Defendant.<br>----------------------------------------------------------------x | :<br>:<br>:<br>:　07 CIV 9417<br>:<br>:<br>:<br>:<br>:<br>: |

**REPLY AFFIDAVIT OF ROBERT V. GLASER IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS**

STATE OF FLORIDA　　　　　)
　　　　　　　　　　　　　　) ss:
COUNTY OF MIAMI-DADE　　)

　　　I, ROBERT V. GLASER, hereby swear as follows:

　　　1.　　I am Robert V. Glaser, an employee of MapleWood Partners, L.P. ("MapleWood Partners"). I am over 18 years of age and competent to testify. I make this Affidavit based on my personal knowledge, in support of the Reply Memorandum in Support of Motion to Dismiss filed by MapleWood Equity Partners, L.P. ("MapleWood Equity") in the above-captioned action.

　　　2.　　Although MapleWood Equity's June 1998 private placement memorandum describes it as an investment fund for "U.S. investors," it currently has several limited partners that are non-U.S. citizens. Specifically, MapleWood Equity currently has at least six separate limited partners whose principal place of business is outside of the United States: CIBC Capital Corporation (a citizen of Canada), CIBC Employee Private Equity Fund Partners (a citizen of Canada), Rippon Limited (a citizen of Argentina), Hudson Global Strategies, Ltd. (a citizen

{M2633495;1}

Argentina), Greenpark Acquisition 1, LP (a citizen of the Channel Islands), and Greenpark Acquisition II (a citizen of the Channel Islands).

3.  Attached hereto as "Exhibit A" is a true and correct copy of the Complaint filed by Eugenia VI Venture Holdings, Ltd. ("Eugenia") on January 4, 2006, in the case styled *Eugenia VI Venture Holdings Ltd. v. MapleWood Equity Partners L.P.*, Index No. 600021/06 (Supreme Court, New York County). The state court in that case dismissed Eugenia's claims and imposed as a sanction dismissal with prejudice, although the Appellate Division later modified the dismissal to without prejudice.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ROBERT V. GLASER


STATE OF FLORIDA              )
                              ) ss:
COUNTY OF MIAMI-DADE          )

The foregoing instrument was sworn to and subscribed before me this 19th day of December, 2007, by Robert V. Glaser, who is personally known to me or who has produced _____ (type of identification) as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA

_____
(Print, Type or Stamp Commissioned Name of Notary Public)



CARMEN B. LIMA
Notary Public - State of Florida
My Commission Expires Feb 26, 2010
Commission # DD 497619
Bonded By National Notary Assn.

CARMEN R. LIMA
Notary Public - State of Florida
My Commission Expires Feb 26, 2010
Commission # DD [illegible]
Bonded By National Notary Assn.