UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EUGENIA VI VENTURE HOLDINGS, LTD.,    :
                                       :
                    Plaintiff,         :
                                       :    07 CIV 9417 (DAB)
       - against –                     :
                                       :
MAPLEWOOD EQUITY PARTNERS, L.P.,       :
                                       :
                    Defendant.         :
------------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

    Allison Decker, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York County, New York.

    On February 21, 2008, deponent served Notice of Settlement of Order Dismissing Action on the following party by Federal Express:

> Mitchell Karlan, Esq.
> Richard Falek, Esq.
> Gibson, Dunn & Crutcher LLP
> 200 Park Avenue, 47th Floor
> New York, NY  10166

                  ___/s/Allison Decker_____
                                Allison Decker

Sworn to before me this
21st day of February 2008

____/s/Jocelyn Keynes_____
Notary Public