UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
EUGENIA VI VENTURE HOLDINGS LTD.,

    Plaintiff,

v.

MAPLEWOOD EQUITY PARTNERS, LP,

    Defendants.
------------------------------------------------x

07 Civ. 9417 (DAB)

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Eugenia VI Venture Holdings Ltd. hereby voluntarily dismisses this action without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 21, 2008
      New York, New York

By: _____
Richie Falek
GIBSON, DUNN & CRUTCHER
200 Park Avenue
New York, New York 10166
(212) 351-4000
*Counsel for Plaintiff Eugenia VI Venture Holdings Ltd.*

## CERTIFICATE OF SERVICE

I, Anne Champion, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 21st day of February 2008, I served the attached Notice of Dismissal in this action, electronically (via ECF) and email, upon the counsel of record Brian Miller, Akerman Senterfitt, and Chester Salomon, Stevens & Lee, for the defendant MapleWood Equity Partners, LP.

Anne Champion