UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

EUGENIA VI VENTURE HOLDINGS LTD.,

        Plaintiff,

    v.

MAPLEWOOD EQUITY PARTNERS, LP,

        Defendants.

------------------------------------------------------------- x

07 Civ. 9417 (DAB)

NOTICE OF DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2008

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Eugenia VI Venture Holdings Ltd. hereby voluntarily dismisses this action without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 21, 2008
      New York, New York

By: _____
Richie Falek
GIBSON, DUNN & CRUTCHER
200 Park Avenue
New York, New York 10166
(212) 351-4000
*Counsel for Plaintiff Eugenia VI Venture Holdings Ltd.*

SO ORDERED:

_Deborah A. Batts_
U.S.D.J. 2/26/08